# AFFIDAVIT OF SERVICE

State of New York        )
                         )  ss.:
County of New York       )

      RE:    Dowdy et al. v. City of New York & Dep't of Sanitation
                Case No. 22-cv-6284-ALC (SDNY)

Matthew J. Porcaro, Esq._____, being duly sworn, deposes and says:

I am not a party to this action, am over 18 years of age and I reside in New York.

On July 26, 2022_____, I served a true copy of the following:

**SUMMONS AND COMPLAINT WITH CIVIL COVER SHEET & EXHIBIT A**

By hand delivery of two copies to the NYC Law Department located at 100 Church Street, New York, NY 10007, at the designated location for service, with the issued summons attached, one for DSNY and one for the City.

In addition, on July 26, 2022, I emailed two copies to the NYC Law Department at their designated email for service: ServiceECF@law.nyc.gov. I also emailed the Judges' rules.

                                                    _____
                                                    Matthew J. Porcaro, Esq.

Sworn to before me this
July 27, 2022

_____
Notary Public

                                                  PHILIP H SEELIG
                                     Notary Public- State of New York
                                            No. 02SE5017175
                                     Qualified in Suffolk County
                               My Commission Expires November 12, 2025