UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAMEKA DOWDY, JEFFREY HUNTER, SEAN MILAN, JOEL PURSER, SANDRA CASTRO, CECELIA ROJAS, KEVON CHISOLM, RICHARD ORTEGA, MARISOL CONCEPCION, ROBERT TABON, RASHEEN ODOM, CARMELITA GORDON-FLEETWOOD, and RAYMOND PACHECO, individually and on behalf of all others similarly situated,, <br><br> Plaintiff(s), <br><br> -against- <br><br> THE CITY OF NEW YORK, NEW YORK CITY DEPARTMENT OF SANITATION, <br><br> Defendant(s). | **Case No.** <br> **22-cv-06284(ALC)** |

## APPEARANCE OF COUNSEL

TO:   The clerk of the court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear as counsel for Plaintiff(s) DAMEKA DOWDY, JEFFREY HUNTER, SEAN MILAN, JOEL PURSER, SANDRA CASTRO, CECELIA ROJAS, KEVON CHISOLM, RICHARD ORTEGA, MARISOL CONCEPCION, ROBERT TABON, RASHEEN ODOM, CARMELITA GORDON-FLEETWOOD, and RAYMOND PACHECO, individually and on behalf of all others similarly situated.

Dated: July 29, 2022
　　　　Huntington, New York

　　　　　　　　　　　　　　　　　　MOSER LAW FIRM, P.C.

　　　　　　　　　　　　　　　　　　*Steven John Moser*

　　　　　　　　　　　　　　　　　　Steven John Moser (SM6628)
　　　　　　　　　　　　　　　　　　5 East Main Street
　　　　　　　　　　　　　　　　　　Huntington, New York 11743
　　　　　　　　　　　　　　　　　　steven.moser@moserlawfirm.com
　　　　　　　　　　　　　　　　　　(631) 824-0200