UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAMEKA DOWDY, ET AL., <br><br> **Plaintiffs,** <br><br> -against- <br><br> NEW YORK CITY DEPARTMENT OF SANITATION and THE CITY OF NEW YORK, <br><br> **Defendant.** | 22-CV-6284 (ALC) <br><br> **ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of Defendants' request for a pre-motion conference for their anticipated motion to dismiss. (ECF No. 11.) In response, Plaintiffs request leave to file an amended complaint in order to address the deficiencies raised in Defendants' letter. (ECF No. 12.) Accordingly, Defendants' request for a pre-motion conference is **DENIED** with leave to renew. Plaintiffs shall file their amended complaint no later than **November 17, 2022**. Defendants shall respond to the amended complaint by **December 8, 2022**.

**SO ORDERED.**

Dated: October 27, 2022
       New York, New York

                                                **ANDREW L. CARTER, JR.**
                                                United States District Judge