UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X   Index No. 22-cv-6284

DAMEKA DOWDY, JEFFREY HUNTER, SEAN MILAN,
JOEL PURSER, SANDRA CASTRO, CECELIA ROJAS,
KEVON CHISHOLM, RICHARD ORTEGA, MARISOL
CONCEPCION, ROBERT TABON, RASHEEN ODOM,
CARMELITA GORDON-FLEETWOOD, and RAYMOND
PACHECO,

On behalf of themselves and all others similarly situated,    **NOTICE OF APPEARANCE**

                        Plaintiffs,
  -against-

THE CITY OF NEW YORK, NEW YORK CITY
DEPARTMENT OF SANITATION,

                           Defendants.
------------------------------------------------------------------------ X

To: The Clerk of Court and all parties of record:

PLEASE TAKE NOTICE that Matthew J. Porcaro, an associate attorney at Seelig Law Offices, LLC, an attorney admitted to practice before this Court, appears as counsel for Plaintiff(s) DAMEKA DOWDY, JEFFREY HUNTER, SEAN MILAN, JOEL PURSER, SANDRA CASTRO, CECELIA ROJAS, KEVON CHISOLM, RICHARD ORTEGA, MARISOL CONCEPCION, ROBERT TABON, RASHEEN ODOM, CARMELITA GORDON-FLEETWOOD, and RAYMOND PACHECO, individually and on behalf of all others similarly situated.

Dated: New York, New York
       December 13, 2022

                                                   Seelig Law Offices, LLC

                                                   /s/ *Matthew J. Porcaro*
                                                 Matthew J. Porcaro, Esq. (MP5944)
                                                 299 Broadway, Suite 1600
                                                 New York, New York 10007
                                                 (212) 766-0600
                                                 Fax: (212) 766-2616
                                                 Matt@pseeliglaw.com