UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAMEKA DOWDY, ET AL., <br><br>       **Plaintiffs,** <br><br>-against- <br><br>NEW YORK CITY DEPARTMENT OF SANITATION and THE CITY OF NEW YORK, <br><br>       **Defendant.** | 22-CV-6284 (ALC) <br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

  The Court is in receipt of the parties' submissions regarding Defendants' request for a pre-motion conference for an anticipated motion to dismiss. (ECF Nos. 15, 17.) Defendants' request for a pre-motion conference is **DENIED**. Defendants are **GRANTED** leave to file a motion for summary judgment. The Court sets the following briefing schedule:

  Opening brief due by February 14, 2023

  Opposition brief due by March 16, 2023

  Reply brief due by March 30, 2023

  The Clerk of Court is respectfully requested to terminate the motion at ECF No. 15.

**SO ORDERED.**

**Dated: December 16, 2022**
   **New York, New York**

                           _____
                           **ANDREW L. CARTER, JR.**
                           **United States District Judge**