UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

DAMEKA DOWDY, JEFFREY HUNTER, SEAN MILAN, JOEL PURSER, SANDRA CASTRO, CECELIA ROJAS, KEVON CHISHOLM, RICHARD ORTEGA, MARISOL CONCEPCION, ROBERT TABON, RASHEEN ODOM, CARMELITA GORDON-FLEETWOOD, and RAYMOND PACHECO,
On behalf of themselves and all others similarly situated,

Plaintiffs,

-against-

THE CITY OF NEW YORK, NEW YORK CITY DEPARTMENT OF SANITATION,

Defendants.

------------------------------------------------------------------------ x

**NOTICE OF MOTION TO DISMISS THE FIRST AMENDED CLASS ACTION COMPLAINT**

22 Civ. 6284 (ALC)

**PLEASE TAKE NOTICE** that upon the accompanying Declaration of Assistant Corporation Counsel Soo-Young Shin, dated February 14, 2023, and the exhibits annexed thereto, and the accompanying Memorandum of Law dated February 14, 2023, and all the papers and proceedings heretofore had herein, defendants will move this Court, before the Honorable Andrew L. Carter, Jr., United States District Judge, Southern District of New York, at the United States Courthouse located at 40 Foley Square, New York, New York, 10007, on a date and time to be designated by the Court, for an order and judgment, pursuant to Rule 12(b) of the Federal Rules of Civil Procedure dismissing plaintiffs' First Amended Class Action Complaint in its entirety on the grounds that plaintiffs lack standing to bring this action and otherwise fail to state a claim on which relief may be granted.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Court's order dated December 16, 2022, ECF Dkt. No. 18, opposition papers, if any, must be served by March 16, 2023, and defendants' reply must be served by March 30, 2023.

**PLEASE TAKE FURTHER NOTICE** that defendants also request, pursuant to Fed. R. Civ. P.26(c), a stay of discovery pending the outcome of defendants' motion to dismiss. *See Farzan v. Bridgewater Assocs., LP*, 699 F. App'x 57, 58 (2d Cir. 2017) (finding "ample reason to stay discovery in light of Appellant's history of similar litigation and the low likelihood that the case would move past the motion to dismiss stage"); *Wills v. Amerada Hess Corp.*, 379 F.3d 32, 41 (2d Cir. 2004) (District courts have "broad discretion to direct and manage the pre-trial discovery process."); *D.L. Cromwell Invs., Inc. v. NASD Regulation, Inc.*, No. 02 civ. 3823 (LAK), 2002 U.S. Dist. LEXIS 11937 (S.D.N.Y. July 1, 2002) (discovery stayed pending defendants' motion stay discovery pending determination of motion to dismiss, noting that "there is substantial reason, even at this early stage, to believe that defendant is entirely correct in suggesting that this action is frivolous and, indeed, a bad faith attempt to circumvent prior rulings . . . ").

Date:   New York, New York
        February 14, 2023

                                        HON. SYLVIA O. HINDS-RADIX
                                        Corporation Counsel of the
                                          City of New York
                                        Attorney for Defendants
                                        100 Church Street, Room 2-105/2-184
                                        New York, New York 10007
                                        (212) 356-2434/(212) 356-2441
                                        soshin@law.nyc.gov/awanslow@law.nyc.gov

                                By:     */s/ Soo-Young Shin*
                                        Soo-Young Shin
                                        Assistant Corporation Counsel

                                By:     */s/ Angela Wanslow*
                                        Angela Wanslow
                                        Assistant Corporation Counsel

- 3 -

TO: **Philip Seelig, Esq. (By ECF)**
Seelig Law Offices, LLC
Attorney for Plaintiffs
299 Broadway, Suite 1600
New York, New York 10007
212-766-0600
phil@pseeliglaw.com

22 Civ. 6284 (ALC)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAMEKA DOWDY, et al.,

Plaintiffs,

-against-

THE CITY OF NEW YORK, NEW YORK CITY DEPARTMENT OF SANITATION,

Defendants.

**NOTICE OF MOTION TO DISMISS THE FIRST AMENDED CLASS ACTION COMPLAINT**

*HON. SYLVIA O. HINDS-RADIX*
*Corporation Counsel of the City of New York*
*Attorney for Defendants*
*100 Church Street, Rooms 2-105/2-184*
*New York, New York 10007-2601*

*Of Counsel:   Soo-Young Shin*
*                         Angela Wanslow*
*Tel:  (212) 356-2434/2441*
*Matter No.: 2022-044833*

*Due and timely service is hereby admitted.*

*New York, N.Y.  ..............................................., 2023*

 ................................................................................

*Attorney for ...............................................................*