**EXHIBIT A**



| | |
|---|---|
| ERIC L. ADAMS<br>Mayor | DEPARTMENT OF CITYWIDE ADMINISTRATIVE SERVICES<br>BUREAU OF EXAMINATIONS |
| DAWN M. PINNOCK<br>Commissioner | # NOTICE OF EXAMINATION |

---

**SANITATION WORKER**
**Exam No. 2060**

---

**WHEN TO APPLY:**  From: June 8, 2022

To:  June 30, 2022

**APPLICATION FEE: $61.00**

**If you choose to pay the application fee with a credit/debit/gift card, you will be charged a service fee of 2.00% of the payment amount. This service fee is nonrefundable.**

**THE TEST DATE:** Multiple-choice testing is expected to begin on **Wednesday, September 7, 2022**.

---

YOU ARE RESPONSIBLE FOR READING THIS ENTIRE NOTICE
BEFORE YOU SUBMIT YOUR APPLICATION.

**WHAT THE JOB INVOLVES:**
Sanitation Workers, under direct supervision, perform work, and prepare and operate various types of equipment involved in street cleaning, waste collection, recycling collection, snow removal, encumbrance removal, waste disposal; and, when assigned, perform enforcement duties. They follow route sheet of assigned work area; load and unload waste materials and bulk items; monitor collected waste for hazardous or toxic materials; sweep and clean city streets; inspect, prepare, and drive department vehicles and equipment; during winter months, attach and operate snow plows, remove snow and ice from city streets and arterial roadways, and spread salt and sand; use operational manuals and instructional materials; prepare reports, records, and forms; enter data; make log entries; and perform related work. All Sanitation Workers perform related work.

**Special Working Conditions:**
Sanitation Workers are required to work rotating shifts, rotating days off, nights, Saturdays, Sundays, holidays and mandatory overtime. Additionally, Sanitation Workers are required to perform these tasks in all types of weather.

Some of the physical activities performed by Sanitation Workers and environmental conditions experienced are: walking and/or standing for long periods of time; operating various types of Sanitation Department equipment in all types of weather; pulling, dragging, lifting and carrying heavy and large objects, bags of garbage, cans, containers, bulk items and throwing or dumping them into a truck hopper or loading them onto a truck.

(This is a brief description of what you might do in this position and does not include all the duties of this position.)

**THE SALARY:**
The current minimum salary is $40,622 per annum. This rate is subject to change. Upon completion of 6 months employment, the salary will rise to $44,064. Incumbents will receive salary increments reaching $83,465 per annum base salary at the completion of five and one half years employment. After 5, 10, 15, and 20 years of service, incumbents will receive longevity pay of $2,000, $2,495, $3,395, and $5,000, respectively, in addition to base salary. All rates are subject to change.

**HOW TO QUALIFY:**
You may be given the test before we verify your qualifications. You are responsible for determining whether or not you meet the qualification requirements for this examination prior to submitting your application. If you are found "Not Qualified," your application fee will not be refunded and you will not receive a score. (For more information see Exam Site Admission section.)

**EDUCATION AND EXPERIENCE REQUIREMENTS:**
By the date of appointment, you must have a four-year high school diploma or its educational equivalent.

The high school diploma or its educational equivalent must be approved by a State's Department of Education or a recognized accrediting organization.

If you were educated outside the United States, you must have your foreign education evaluated to determine its equivalence to education obtained in the United States. This is required only if you need credit for your foreign education in this examination. You will receive instructions from the appointing agency during the pre-employment screening process regarding the approved evaluation services you may use for foreign education.

---

**READ CAREFULLY AND SAVE FOR FUTURE REFERENCE**

**Vaccination Requirement:**

As of August 2, 2021, all new hires must be vaccinated against the COVID-19 virus, unless they have been granted a reasonable accommodation for religion or disability. If you are offered city employment, this requirement must be met by your date of hire, unless a reasonable accommodation for exemption is received and approved by the hiring agency.

**Age Requirement:**

Pursuant to Section 54 of the New York Civil Service Law, you must be at least 17 ½ years of age by the end of the application period to take this examination. Additionally, you must have attained age 21 to be appointed as a Sanitation Worker. If you are too young for appointment on the date the eligible list is terminated, you will have no further opportunity to be considered for appointment from this list.

**Commercial Driver License (CDL) Requirement:** By the **date of appointment,** you must have a valid New York State CDL Class A or B License with an "N" Tank Vehicles endorsement; no "K" (not valid outside N.Y.S.) Intrastate only restriction; and no Air Brake restrictions indicated below:

The requirement for a **CDL Class A License** is:

   a) no "L, L1, L2" Air Brake restrictions

The requirement for a **CDL Class B License** is:

   a) no "L or L2" Air Brake restrictions

Prior to appointment, you must disclose any pending license issues that may render your CDL A or B status void after your appointment to the title of Sanitation Worker. Serious moving violations, driver license suspension, accident record or other indication of poor driving ability may disqualify you. This license must be maintained for the duration of your employment.

Also prior to appointment, you will be called in for an interview by the New York City Department of Sanitation (DSNY) Division of Human Resources. If you do not possess a New York State CDL Class A or B License, you will be required to obtain the CDL License at your own expense, prior to appointment, either at a training program of your own choosing or at a training program provided by the DSNY (see below).

**DSNY-provided CDL Training Program:**

The one-week CDL training conducted by the DSNY will cost $1200. This cost is subject to change based upon factors that may increase the cost of the DSNY to provide this training. This cost **does not include** the New York State Department of Motor Vehicles road test fee. After appointment, you will be required to repay the above DSNY cost of the training. Payroll deductions will commence after appointment at the rate of $30 per pay period and continue until the total cost is recouped by the DSNY.

In order to participate in the scheduled DSNY training course, you must present a valid **New York State Driver License and CDL Class A or Class B permit with the following:**

Class A:

   a. "N" Tank Vehicles endorsement; and
   b. no "L, L1, L2" Air Brake restrictions; and
   c. no "K" (not valid outside N.Y.S.) Intrastate only restrictions.

Class B:

   a. "N" Tank Vehicles endorsement; and
   b. no "L or L2" Air Brake restrictions; and
   c. no "K" (not valid outside N.Y.S.) Intrastate only restrictions.

**You must be able to drive interstate.**

You will be required to sign a liability waiver and a recoupment agreement prior to DSNY CDL training. After completing the one-week DSNY CDL training course, you will be scheduled for a road test, **at your own expense,** using DSNY equipment.

**FMCSA Clearinghouse Registration:** As part of the pre-employment screening, candidates who pass the exam will be required to register with the Federal Motor Carrier Safety Administration (FMCSA) Clearinghouse and consent to Department of Sanitation to conduct a full query of candidate's Clearinghouse history. The Clearinghouse is a centralized electronic database that contains information pertaining to violations of the U.S. Department of Transportation (DOT) controlled substances and alcohol testing program for holders of a Commercial Driver's License ("CDL").

**NOTE:** The Federal Department of Transportation (DOT) has regulated that all potential hires must pass a DOT Drug Test within 30 days before appointment to operate a commercial motor vehicle that requires a CDL license. In respect to the Sanitation Worker pre-employment screening, the process will be extended to include the DOT Drug Test as an additional, (i.e. Second drug test) that must be cleared (i.e. negative result) before a candidate can be hired.

**Age Requirement for CDL:** Because a "K" restriction is placed on the CDL license of any person under the age of 21, and because a Sanitation Worker must have one of the above-identified licenses without a "K" restriction, you must have attained age 21 to be appointed as a Sanitation Worker. If you are too young for appointment on the date the eligible list is terminated, you will have no further opportunity to be considered for appointment from this list.

**Medical Requirement:** Pursuant to federal regulations, drivers of commercial motor vehicles must meet designated physical qualifications for the position of Sanitation Worker. You will be examined by DSNY's Medical Division to determine whether you can perform the essential functions of the position of Sanitation Worker. Where appropriate, a reasonable accommodation will be provided for a person with a disability to enable him or her to take the examination, and/or to perform the essential functions of the job.

**Drug/Alcohol Screening Requirement:** You must pass a drug/alcohol screening in order to be appointed, and if appointed you will be subject to random drug and alcohol tests for the duration of your employment.

**Residency Requirement Advisory:** The New York State Public Officers Law requires any person employed as a Sanitation Worker in the DSNY to be a resident of the City of New York or of Nassau or Westchester Counties during the first two years of employment. After the first two years of employment and for subsequent duration of employment, any person employed as a Sanitation Worker must be a resident of the City of New York or of Nassau, Westchester, Suffolk, Orange, Rockland or Putnam Counties.

**English Requirement:**

Candidates must be able to understand and be understood in English.

**Proof of Identity:**

Under the Immigration Reform and Control Act of 1986, you must be able to prove your identity and your right to obtain employment in the United States prior to employment with an agency under the jurisdiction of the Commissioner, Department of Citywide Administrative Services.

**HOW TO APPLY:**

If you believe you meet the requirements in the "How to Qualify" section, apply using the Online Application System (OASys) at *www.nyc.gov/examsforjobs*. Follow the onscreen application instructions for electronically submitting your application and payment and completing any required information. A unique and valid email address is required to apply online. Several internet service providers, including but not limited to Google, Yahoo!, AOL, Outlook.com, and Mail.com offer free email addresses. **All new OASys accounts require verification before a candidate can apply to ensure the accuracy of candidate information. Verification is instantaneous for most accounts and you will receive a confirmation email with instructions to activate your account. For any account creation issues, you will receive onscreen prompts to contact DCAS. This review may require up to two (2) business days to be reviewed and resolved. Please keep this information and the application period deadline in mind when creating your account.**

The following methods of payment are acceptable: major credit card, bank card associated with a bank account, or a prepaid debit card with a credit card logo which you may purchase online or at various retail outlets. If you are receiving or participating in certain forms of public assistance/benefits/programs, or are a veteran, you may qualify to have the application fee waived. For more information on eligibility for a fee waiver and documentation requirements visit the Fee Waiver FAQ on the Online Application System at: *https://a856-exams.nyc.gov/OASysWeb/Home/Faq*. **Effective January 2020, the Online Application System is no longer supported on Windows 7 or earlier versions of Windows operating systems.**

You may come to the DCAS Computer-based Testing & Applications Centers to apply for this examination online. However, you must schedule a customer service appointment prior to your visit. Due to the COVID-19 pandemic, DCAS no longer permits walk-ins at DCAS sites.

| **Manhattan** | **Brooklyn** | **Queens** |
|---|---|---|
| 2 Lafayette Street | 210 Joralemon Street | 118-35 Queens Boulevard |
| 17th Floor | 4th Floor | 5th Floor |
| New York, NY 10007 | Brooklyn, NY 11201 | Forest Hills, NY 11375 |

| | **Staten Island** | **Bronx** | |
|---|---|---|---|
| | 135 Canal Street | 1932 Arthur Avenue | |
| | 3rd Floor | 2nd Floor | |
| | Staten Island, NY 10304 | Bronx, NY 10457 | |

**The DCAS Computer-based Testing & Applications Centers will be closed on Saturday, June 18, 2022 and Monday, June 20, 2022.**

To schedule a customer service appointment through OASys for an exam-related or eligible list-related inquiry, find **Exam #1889**, click **Apply**, and follow the instructions provided to reserve your appointment location, date, and time.

You must complete the entire application by midnight, Eastern Time, of the last day of the application period. If you have questions about applying for this examination, you may contact DCAS at *OASys@dcas.nyc.gov*.

**Special Circumstances Guide:** This guide is located on the DCAS website at *https://www1.nyc.gov/assets/dcas/downloads/pdf/employment/pdf_c_special_circumstances_guide.pdf* and available at the DCAS Computer-based Testing & Applications Centers. This guide gives important information about requesting an alternate test date because of religious observance or a special test accommodation for disability, claiming Veterans' or Legacy credit, and notifying DCAS of a change in your mailing address. Follow all instructions on the Special Circumstances Guide that pertain to you when you complete your "Application for Examination."

**REQUIRED INFORMATION:**

1. **Application for Examination:** Follow the online instructions, including those relating to the payment of fee and, if applicable, those found in the Special Circumstances Guide.

**THE TEST:**

The multiple-choice test will be given at a computer terminal. Your score on this test will be used to determine your place on an eligible list. You must achieve a score of at least 70% to pass the test.

The multiple-choice test is designed to assess the extent to which candidates have certain abilities determined to be important to the performance of the tasks of a **Sanitation Worker**. Task areas to be tested are as follows: Roll Call Activities; Waste Collection and Removal; Operation, Maintenance, and Preparation of Department Vehicles and Equipment; Communicating Information (Physical and Verbal); Garage Tasks; Snow Removal, Weather-Related Conditions, and Emergencies; and Preparation, Completion, and Review of Forms, Reports, and Logs.

The test may also include questions requiring the use of any of the following abilities:

**Written Comprehension:** understanding written sentences and paragraphs. **Example**: A Sanitation Worker may use this ability to review operation manuals for assigned vehicles and equipment.

**Problem Sensitivity:** being able to tell when something is wrong or is likely to go wrong. It includes being able to identify the whole problem as well as elements of the problem. **Example**: A Sanitation Worker may use this ability to determine if there is something wrong with the truck, which will lead to a mechanical failure.

**Written Expression:** using English words or sentences in writing so that others will understand. **Example**: A Sanitation Worker may use this ability to write an accident report.

**Information Ordering:** following correctly a rule or set of rules or actions in a certain order. The rule or set of rules used must be given. The things or actions to be put in order can include numbers, letters, words, pictures, procedures, sentences, and mathematical or logical operations. **Example:** A Sanitation Worker may use this ability at the end of their shift to return parts, tools, and vehicles to the garage in the correct order.

**Deductive Reasoning:** applying general rules to specific problems and coming up with logical answers. Example: A Sanitation Worker may use this ability when blocking off traffic and acting as a flag-person during inclement weather conditions.

**Spatial Orientation:** determining where you are in relation to the location of some object or where the object is in relation to you. **Example**: A Sanitation Worker may use this ability to plan their route upon receiving their daily work assignment.

**Inductive Reasoning:** combining separate pieces of information or specific answers to problems to form general rules or conclusions; to think of possible reasons for why things go together. **Example:** A Sanitation Worker may use this ability during inclement weather to perform new weather-related tasks (e.g., spread salt on city streets) and operate different equipment (e.g., hog truck) while following standard department procedures.

Certain questions may need to be answered on the basis of documents or other information supplied to the candidates on the date of the multiple-choice exam.

**There will also be a qualifying physical test.** If you pass the multiple-choice test, you will be scheduled to take the physical test in score order as vacancies occur. However, based on the projected number of vacancies, it is anticipated that all candidates who pass the written test may not be scheduled for the physical test. Candidates called to the physical test will be required to pay an additional $20.00 fee. Failure to pay the additional fee on the date you are scheduled to take the physical test will result in disqualification from further participation in the examination. The additional fee for the physical test will be waived for candidates who demonstrate that they are unemployed or receiving public assistance at the time of the physical test. Medical evidence to allow participation in the physical test may be required and the Department of Citywide Administrative Services reserves the right to exclude from the physical test any candidates who are medically unfit. The description of the physical test will be made available at a later date.

**NEW YORK CITY RESIDENCY CREDIT:** Five points will be added to the final exam score of those candidates who qualify for New York City Residency Credit. To be eligible for the residency credit, a candidate must achieve a passing score on the examination, and must maintain a continuous period of residency in New York City from **June 8, 2021 through June 7, 2022.** Candidates interested in seeking the residency credit must apply by following the instructions which will be provided on the date of the written test. Merely supplying a New York City address on the application form for this examination does not serve as a request for the residency credit. **Requests for residency credit must be received by DCAS before the eligible list is established.**

**Eligibility for the residency credit will be investigated by the DSNY.** Candidates will be required to produce written verification of the candidate's New York City residency from **June 8, 2021 through June 7, 2022.** The documents presented must represent the period of time for which you are claiming City residency. Inability to produce the required verification of residence documents for the continuous period of residency will result in the forfeiture of the New York City Residency Credit and an adjustment in the final score. Documents that will be investigated to prove New York City residency will include, but are not limited to:

- rent receipts on a letterhead (not generic receipts) accompanied by a cancelled check
- mortgage payment notices
- credit card statements
- utility bills
- telephone bills
- paystubs

DSNY reserves the right to accept other documents, in lieu of the above, under special circumstances which validate various living arrangements, as determined by the Department. **As in the case of any intentional misrepresentation of a material fact on an employment application, candidates who claim New York City residency credit and who are determined to have intentionally misrepresented facts concerning New York City residency shall be disqualified and their names shall be removed from the eligible list, and they may be subject to criminal sanctions. To ensure you receive this credit, save all documentation that provides proof of your residency in New York City.**

**EXAM SITE ADMISSION:**

Your Admission Notice will be available on your Dashboard in OASys 14 days before the first date on which testing is expected to begin. You can print or display your Admission Notice on your phone or personal device to gain entry to the test site. Test site assignments will take your address into consideration, but nearness to your address cannot be guaranteed.

**Warning**: After gaining entry to the test site, you are not permitted to enter the testing area with electronic devices. Electronic devices include, but are not limited to, cellular phones, smart watches, recording devices, beepers, pagers, cameras, or portable media players. You are not permitted to use any type of headphones or ear buds. Calculators and electronic devices with an alphabetic keyboard or with word processing or data recording abilities such as planners, organizers, etc. are not permitted. If you use any of these devices anywhere at any test site, whether in the testing area, restroom, hallway, or other location, at any time before, during or after the test or Protest Review Session, your test score will be nullified, you will be disqualified from taking any civil service tests for up to five years, and your application fee will not be refunded.

You may not have any other person, including children, present with you while you are being processed for or taking the test, and no one may wait for you inside of a Computer-based Testing & Applications Center while you are taking the test.

**Required Identification**: **You are required to bring one (1) form of valid (non-expired) signature and photo bearing identification to the test site.** The name that was used to apply for the exam must match the first and last name on the photo ID. A list of acceptable identification documents is provided below. **If you do not have an acceptable ID, you may be denied testing.** Acceptable forms of identification (bring one) are as follows: State issued driver's license, City or State issued identification card, IDNYC, US Government issued Passport, US Government issued Military Identification Card, US Government issued Alien Registration Card, Employer ID with photo, or Student ID with photo.

**Leaving**: You must leave the test site once you finish the test. If you leave the test site after being fingerprinted but before finishing the test, you will not be permitted to re-enter. If you disregard this instruction and re-enter the test site, you may not receive your test results, your test score may be nullified, and your application fee will not be refunded.

## CHANGE OF MAILING ADDRESS, EMAIL ADDRESS, AND/OR TELEPHONE NUMBER:

It is critical that you promptly notify DCAS of any change to your mailing address, email address and/or phone number. If we do not have your correct mailing address, email address and/or phone number, you will not receive information about your exam(s), consideration for appointment and/or important information that may require a response by a specified deadline. If you need to update your Mailing Address, Email Address, and/or Telephone Number, read below:

- City Employees - update this information in NYCAPS Employee Self-Service (ESS) at *www.nyc.gov/ess*
- All Others - update this information on your Profile page in the Online Application System (OASys) by logging into your OASys account and navigating to your Dashboard, then your Profile tab at *www.nyc.gov/examsforjobs*
- Submit a written request by email at *OASys@dcas.nyc.gov*, by fax (646) 500-7190, or by regular mail: DCAS, 1 Centre Street, 14th Floor, New York, NY 10007. Your written request must include your full name, social security number, exam title(s), exam number(s), previous mailing and/or email address, and your new mailing and/or email address, and/or new telephone number.

## CHANGE OF NAME AND/OR SOCIAL SECURITY NUMBER:

Use the Data Correction Form and follow all instructions for changing your name and/or social security number with DCAS. The following link will provide you with the DCAS Data Correction Form: *https://www1.nyc.gov/assets/dcas/downloads/pdf/employment/dp148a.pdf*.

## THE TEST RESULTS:

If you pass the multiple-choice test, your name will be placed in final score order on an eligible list, you will be given a list number and you will be notified by email of your test results. The eligible list determines the order by which candidates will be considered for appointment. If you meet all requirements and conditions, you will be considered for appointment if your name is reached on the eligible list. Once a list has been established, it will typically remain active for four years. To learn more about the civil service system go to: *https://www1.nyc.gov/site/dcas/employment/civil-service-system.page*.

If you believe that your test part was rated incorrectly, you may submit an appeal of your score to DCAS, Committee on Manifest Errors, through the Online Application System (OASys). Your appeal must give specific reasons why your score should be higher. Your appeal may result in a higher or lower rating.

To access the appeal portal of OASys, please log into your OASys account at *www.nyc.gov/examsforjobs* and use the following steps:

1. Navigate to the Dashboard for the Appeals tab.
2. Click the NEW APPEAL button to create and submit your appeal.
3. Select the exam from the Exam drop-down list, and
4. Select the exam part from the Exam Part drop-down list.
5. Select the reason for your appeal from the Appeal Reason drop-down list (if applicable).
6. Enter the details of your appeal by providing specific reasons why your score should be higher.

Note: You may attach up to 5 documents to support your appeal by using the attachment functionality.

## SPECIAL ARRANGEMENTS:
**Make-up Test:**

You may apply for a make-up test if you cannot take the test on the regular test date(s) for any of the following reasons:

1. compulsory attendance before a public body;
2. on-the-job injury or illness caused by municipal employment where you are an officer or employee of the City;
3. absence from the test within one week after the death of a spouse, domestic partner, parent, sibling, child or child of a domestic partner where you are an officer or employee of the City;
4. absence due to ordered military duty;
5. a clear error for which the Department of Citywide Administrative Services or the examining agency is responsible; or
6. a temporary disability, pregnancy-related, or child-birth-related condition preventing you from taking the test.

To request a make-up test, contact Administration, Customer, and Exam Support by mail at 1 Centre Street, 14th Floor, New York, NY 10007, or by email at *testingaccommodations@dcas.nyc.gov*, as soon as possible, and include documentation of the special circumstances that caused you to miss your test.

**ADDITIONAL INFORMATION:**

**Selective Certification for Sanitation Enforcement Agent Experience (SFE)**: If you have at least three (3) years of satisfactory full-time experience working within a Sanitation Enforcement unit as a permanent Sanitation Enforcement Agent and/or Associate Sanitation Enforcement Agent civil service title, you may be considered for appointment to positions requiring this experience through a process called Selective Certification. If you qualify for Selective Certification, you may be given preferred consideration for positions requiring this experience. Follow the instructions given to you on the day of the multiple-choice test to indicate your interest in such Selective Certification. Your experience will be checked by the appointing agency at the time of appointment.

**The above Selective Certification requirement may be met at any time during the duration of the list.** If you meet this requirement at some future date, please submit a request by mail to: DCAS Bureau of Examinations - Exam Development Group, 1 Centre Street, 14th Floor, New York, NY 10007. Please include the examination title and number, your social security number, and the Selective Certification you are requesting on your correspondence.

**Probationary Period:** The probationary period is eighteen months. The probationary period may be extended pursuant to New York Civil Service Law and the Personnel Rules and Regulations of the City of New York. As part of the probationary period, probationers must successfully complete a prescribed training course.

**Investigation:**

Prior to appointment and at time of investigation, candidates will be called for an interview by the DSNY Division of Human Resources for a background investigation and to review all required documents. Candidates must present originals or certified copies of documents and proof, including but not limited to, proof of date of birth, military service, and required residency. Any willful misstatement or failure to present any required documents will be cause for disqualification.

**Application Receipt:**

You will be emailed a receipt immediately after you have applied for the examination. If you do not receive this receipt, check "Junk", "Trash", or "Spam" folders for the primary email linked to your Online Application System (OASys) account. If you are unable to locate the email, you can view a summary of the notification email to you on your OASys Dashboard, then Notifications. If you are still unable to find the email, please email DCAS via the Contact feature available in OASys with a description of the issue and include the exam number and your profile number located on your Profile page. While on your Profile page, check that the email addresses you provided are correct and/or updated.

**PENALTY FOR MISREPRESENTATION:**

Any intentional misrepresentation on the application or examination may result in disqualification, even after appointment, and may result in criminal prosecution.

---

The General Examination Regulations of the Department of Citywide Administrative Services (DCAS) apply to this examination and are part of this Notice of Examination. They are posted at nyc.gov/dcas and copies are available at the DCAS Computer-based Testing & Applications Centers.

The City of New York is an Equal Opportunity Employer.
Title Code No. 70112; Sanitation Service Occupational Group.

**For information about other exams, and your exam or list status, call 212-669-1357.**
**Internet: nyc.gov/dcas**