**EXHIBIT B**



**Citywide Administrative Services**

BILL DE BLASIO
Mayor

DEPARTMENT OF CITYWIDE ADMINISTRATIVE SERVICES
BUREAU OF EXAMINATIONS

LISETTE CAMILO
Commissioner

# NOTICE OF EXAMINATION

---

### SANITATION ENFORCEMENT AGENT

**Exam No. 0193**

---

| | |
|---|---|
| **WHEN TO APPLY:** From: **September 5, 2019** <br><br> To: **September 25, 2019** | **APPLICATION FEE: $47.00** <br><br> **If you choose to pay the application fee with a credit/debit/gift card, you will be charged a fee of 2.00% of the payment amount. This fee is nonrefundable.** |

**THE TEST DATE:** Multiple-choice testing is expected to begin on **Tuesday, January 7, 2020**.

---

### YOU ARE RESPONSIBLE FOR READING THIS ENTIRE NOTICE
### BEFORE YOU SUBMIT YOUR APPLICATION.

**WHAT THE JOB INVOLVES:**

Sanitation Enforcement Agents, under supervision, are responsible for enforcement of certain laws, rules and regulations of the New York City Health and Administrative Codes, New York State Public Health Law (Canine Waste), New York State Vehicle and Traffic Laws, and New York City Traffic Regulations; and prepare and issue summonses for certain violations thereof. They inspect commercial and residential establishments, streets and sidewalks; perform security duty at Department of Sanitation facilities; direct and control traffic around Department of Sanitation operations; operate and monitor hand-held communication devices; assist in the preparation of cases relating to summonses issued, for trial in court or before an Administrative Tribunal; operate a motor vehicle; and perform related work.

**Special Working Conditions:**

Sanitation Enforcement Agents may be required to work rotating tours or shifts, including nights, Saturdays, Sundays and holidays and overtime, depending upon the needs of the service. The work week is 40 hours.

Some of the physical activities performed by Sanitation Enforcement Agents and environmental conditions experienced are: working outdoors in all kinds of weather and patrolling on foot for long periods of time.

(This is a brief description of what you might do in this position and does not include all the duties of this position.)

**THE SALARY:**

The current minimum salary is $31,320 per annum. This rate is subject to change. There are two assignment levels within this class of positions. Appointments will generally be made to Assignment Level I. After appointment, employees may be assigned to the higher assignment level at the discretion of the agency.

**HOW TO QUALIFY:**

You may be given the test before we verify your qualifications. You are responsible for determining whether or not you meet the education and experience requirements for this examination prior to submitting your application. If you are found "Not Qualified," your application fee will not be refunded and you may not receive an Admission Notice or score. (For more information see Exam Site Admission section).

**EDUCATION REQUIREMENTS:**

**Education Requirement: By the date of appointment** you must have a four-year high school diploma or its educational equivalent, approved by a State's Department of Education or a recognized accrediting organization.

If you were educated outside the United States, you must have your foreign education evaluated to determine its equivalence to education obtained in the United States. You will receive instructions from the appointing agency during the pre-employment screening process regarding the approved evaluation services that you may use for foreign education. This is required only if you need credit for your foreign education in this examination.

The high school diploma or its educational equivalent must be approved by a State's Department of Education or a recognized accrediting organization. The college or university must be accredited by regional, national, professional, or specialized agencies recognized as accrediting bodies by the U.S. Secretary of Education and by the Council for Higher Education Accreditation (CHEA).

**The education requirement must be met by the date of appointment.**

---

### READ CAREFULLY AND SAVE FOR FUTURE REFERENCE

**EXHIBIT B**

**Driver License Requirement**: By the time you are appointed to this position, you must have a motor vehicle driver license valid in the State of New York. If you have moving violations, license suspension(s) or an accident record, you may be disqualified. This license must be maintained for the duration of your employment.

**Medical Requirement:** Medical guidelines have been established for the position of Sanitation Enforcement Agent. Candidates will be examined to determine whether they can perform the essential functions of the position of Sanitation Enforcement Agent. Where appropriate, a reasonable accommodation will be provided for a person with a disability to enable him or her to take the medical examination, and/or to perform the essential functions of the job.

**Drug Screening Requirement:** You must pass a drug screening in order to be appointed.

**Residency Requirement Advisory:** Under New York City Administrative Code Section 12-120, you might need to be a resident of the City of New York within 90 days of the date you are appointed to this position. Since residency requirements vary by title, appointing agency and length of service, consult the appointing agency's personnel office at the time of the appointment interview to find out if City residency is required.

**English Requirement:**

You must be able to understand and be understood in English.

**Proof of Identity:**

Under the Immigration Reform and Control Act of 1986, you must be able to prove your identity and your right to obtain employment in the United States prior to employment with an agency under the jurisdiction of the Commissioner, Department of Citywide Administrative Services.

## HOW TO APPLY:

If you believe you meet the requirements in the "How to Qualify" section, apply using the Online Application System (OASys) at *www.nyc.gov/examsforjobs*. Follow the onscreen application instructions for electronically submitting your application and payment and completing any required information. A unique and valid email address is required to apply online. Several internet service providers, including but not limited to Google, Yahoo!, AOL, Outlook.com, and Mail.com offer free email addresses. **All new OASys accounts require verification before a candidate can apply to ensure the accuracy of candidate information. Verification is instantaneous for most accounts and you will receive a confirmation email with instructions to activate your account. For any account creation issues, you will receive onscreen prompts to contact DCAS. This review may require up to two (2) business days to be reviewed and resolved. Please keep this information and the application period deadline in mind when creating your account.**

The following methods of payment are acceptable: major credit card, bank card associated with a bank account, or a prepaid debit card with a credit card logo which you may purchase online or at various retail outlets. If you are receiving or participating in certain forms of public assistance/benefits/programs, or are a veteran, you may qualify to have the application fee waived. For more information on eligibility for a fee waiver and documentation requirements visit the Fee Waiver FAQ on the Online Application System at: *https://a856-exams.nyc.gov/OASysWeb/Home/Faq*

You may come to the DCAS Computer-based Testing & Applications Centers to apply for this examination online. The centers will be open Monday through Saturday from 9:00 AM to 5:00 PM:

| **Manhattan** | **Brooklyn** | **Queens** |
|---|---|---|
| 2 Lafayette Street | 210 Joralemon Street | 118-35 Queens Boulevard |
| 17th Floor | 4th Floor | 5th Floor |
| New York, NY 10007 | Brooklyn, NY 11201 | Forest Hills, NY 11375 |

| **Staten Island** | **Bronx** |
|---|---|
| 135 Canal Street | 1932 Arthur Avenue |
| 3rd Floor | 2nd Floor |
| Staten Island, NY 10304 | Bronx, NY 10457 |

**Special Circumstances Guide:** This guide is located on the DCAS website at *www.nyc.gov/html/dcas/downloads/pdf/misc/pdf_c_special_circumstances_guide.pdf* and available at the DCAS Computer-based Testing & Applications Centers. This guide gives important information about requesting an alternate test date because of religious observance or a special test accommodation for disability, claiming Veterans' or Legacy credit, and notifying DCAS of a change in your mailing address. Follow all instructions on the Special Circumstances Guide that pertain to you when you complete your "Application for Examination."

## REQUIRED INFORMATION:

**Application for Examination:** Follow the online instructions, including those relating to the payment of fee and, if applicable, those found in the Special Circumstances Guide.

## THE TEST:

The multiple-choice test will be given at a computer terminal. Your score on this test will be used to determine your place on an eligible list. You must achieve a score of at least 70% to pass the test.

The multiple-choice test is designed to assess the extent to which candidates have certain abilities determined to be important to the performance of the tasks of a **Sanitation Enforcement Agent**. Task areas to be tested are as follows: municipal inspections for violations; writing and preparing summonses; recording hourly activity, types and number of summonses issued, and researching property information; reporting on daily activity and unusual incidents; investigating complaints of unsanitary and/or hazardous conditions received from members of the public; performing field surveys; record keeping and report writing; and preparation of cases relating to summons.

The test may include questions requiring the use of any of the following abilities:

**Written Comprehension**: understanding written sentences and paragraphs. A Sanitation Enforcement Agent may use this ability to properly understand rules and procedures.

**Written Expression:** using English words or sentences in writing so that others will understand. A Sanitation Enforcement Agent may use this ability to write reports and summonses clearly and accurately.

**Memorization:** remembering information, such as words, numbers, pictures and procedures. Pieces of information can be remembered by themselves or with other pieces of information. A Sanitation Enforcement Agent may use this ability to keep track of and document district sites and inspection findings.

Case 1:22-cv-06284-ALC-SDA    Document 20-2    Filed 02/14/23    Page 3 of 4

EXHIBIT B

**Problem Sensitivity:** being able to tell when something is wrong or is likely to go wrong. It includes being able to identify the whole problem as well as elements of the problem. A Sanitation Enforcement Agent may use this ability to determine the proper violations when conducting inspections.

**Inductive Reasoning:** combining separate pieces of information, or specific answers to problems, to form general rules or conclusions. It involves the ability to think of possible reasons for why things go together. A Sanitation Enforcement Agent may use this ability when conducting investigations of public complaints of unsanitary and/or hazardous sites and conditions.

**Deductive Reasoning:** is the ability to apply general rules to specific problems to come up with logical answers. It involves deciding if an answer makes sense. A Sanitation Enforcement Agent may use this ability when conducting investigations of public complaints of unsanitary and/or hazardous sites and conditions.

**Information Ordering**: following correctly a rule or set of rules or actions in a certain order. The rule or set of rules used must be given. The things or actions to be put in order can include numbers, letters, words, pictures, procedures, sentences, and mathematical or logical operations. A Sanitation Enforcement Agent may use this ability when researching property information for issued violations and when entering information into the appropriate database.

**Spatial Orientation:** is the ability to tell where you are in relation to the location of some objects or to tell where the object is in relation to you. A Sanitation Enforcement Agent may use this ability to determine if businesses or residential properties are in violation of space and distance limitations set by code.

**Visualization:** is the ability to imagine how something would look when it is moved around or when its parts are moved or rearranged. It requires the forming of mental images of how patterns or objects would look after certain changes, such as unfolding or rotation. One has to predict how an object, set of objects, or pattern will appear after the changes have been carried out. A Sanitation Enforcement Agent may use this ability to map out and assess unusual circumstances and conditions during field work.

Certain questions may need to be answered on the basis of documents or other information supplied to the candidates on the date of the multiple-choice exam.

## EXAM SITE ADMISSION:

You will be sent an Admission Notice in the mail 14 days before the date on which testing is expected to begin. Your Admission Notice will also be available on your Dashboard in the Online Application System (OASys) account 7 days before the date on which testing is expected to begin. If you access the Admission Notice from your Dashboard in OASys, you must print it out and bring it with you to the test site; displaying your Admission Notice using any of the prohibited electronic devices referenced in the "Warning" section below will not be permitted. You can also obtain a duplicate Admission Notice in person Monday through Friday from 9:00 AM to 5:00 PM at 1 Centre Street, 14th Floor, New York, NY 10007. Test site assignments will take your address into consideration, but nearness to your address cannot be guaranteed.

**Warning**: You are not permitted to enter the test site with electronic devices including, but not limited to, cellular phones, smart watches, recording devices, beepers, pagers, cameras, or portable media players. You are not permitted to use any type of headphones or ear buds. Calculators are permitted; however, they must be hand-held, battery or solar powered, and numeric only. Calculators with functions **other than** addition, subtraction, multiplication and division are prohibited. Electronic devices with an alphabetic keyboard or with word processing or data recording capabilities such as planners, organizers, etc. are prohibited. If you use any of these devices anywhere at any test site, whether in the testing area, restroom, hallway, or other location, at any time before, during or after the test or Protest Review Session, your test score will be nullified, you will be disqualified from taking any civil service tests for up to five years, and your application fee will not be refunded.

You may not have any other person, including children, present with you while you are being processed for or taking the test, and no one may wait for you inside of a Computer-based Testing & Applications Center while you are taking the test.

**Required Identification**: **You are required to bring one (1) form of valid (non-expired) signature and photo bearing identification to the test site.** The name that was used to apply for the exam must match the first and last name on the photo ID. A list of acceptable identification documents is provided below. **If you do not have an acceptable ID, you may be denied testing.** Acceptable forms of identification (bring one) are as follows: State issued driver's license, City or State issued identification card, IDNYC, US Government issued Passport, US Government issued Military Identification Card, US Government issued Alien Registration Card, Employer ID with photo, or Student ID with photo.

**Leaving**: You must leave the test site once you finish the test. If you leave the test site after being fingerprinted but before finishing the test, you will not be permitted to re-enter. If you disregard this instruction and re-enter the test site, you may not receive your test results, your test score may be nullified, and your application fee will not be refunded.

## CHANGE OF MAILING ADDRESS, EMAIL ADDRESS, AND/OR TELEPHONE NUMBER:

It is critical that you promptly notify DCAS of any change to your mailing address, email address and/or phone number. If we do not have your correct mailing address, email address and/or phone number, you will not receive information about your exam(s), consideration for appointment and/or important information that may require a response by a specified deadline. If you need to update your Mailing Address, Email Address, and/or Telephone Number, read below:

- City Employees - update this information in NYCAPS Employee Service (ESS) at *www.nyc.gov/ess*
- All Others - update this information on your Profile page in the Online Application System (OASys) by logging into your OASys account and navigating to your Dashboard, then your Profile tab at *www.nyc.gov/examsforjobs*
- Submit a written request in-person or by mail: DCAS, 1 Centre Street, 14th Floor, New York, NY 10007 or brought in person to the same address Monday through Friday from 9AM to 5PM. Your written request must include your full name, social security number, exam title(s), exam number(s), previous mailing and/or email address, and your new mailing and/or email address

**EXHIBIT B**

**CHANGE OF NAME AND/OR SOCIAL SECURITY NUMBER:**

Use the Data Correction Form and follow all instructions for changing your name and/or social security number with DCAS. The following link will provide you with the DCAS Data Correction Form: *https://www1.nyc.gov/assets/dcas/downloads/pdf/employment/dp148a.pdf*

**THE TEST RESULTS:**

If you pass the multiple-choice test, your name will be placed in final score order on an eligible list, you will be given a list number and you will be notified by mail of your test results. The eligible list determines the order by which candidates will be considered for appointment. If you meet all requirements and conditions, you will be considered for appointment if your name is reached on the eligible list. Once a list has been established, it will typically remain active for four years. To learn more about the civil service system go to: *https://www1.nyc.gov/site/dcas/employment/civil-service-system.page*

**SPECIAL ARRANGEMENTS:**

**Make-up Test:**

You may apply for a make-up test if you cannot take the test on the regular test date(s) for any of the following reasons:

1. compulsory attendance before a public body;
2. on-the-job injury or illness caused by municipal employment where you are an officer or employee of the City;
3. absence from the test within one week after the death of a spouse, domestic partner, parent, sibling, child or child of a domestic partner where you are an officer or employee of the City;
4. absence due to ordered military duty;
5. a clear error for which the Department of Citywide Administrative Services or the examining agency is responsible; or
6. a temporary disability, pregnancy-related, or child-birth-related condition preventing you from taking the test.

To request a make-up test, contact Administration, Customer, and Exam Support in person or by mail at 1 Centre Street, 14th Floor, New York, NY 10007, or by email at *testingaccommodations@dcas.nyc.gov,* as soon as possible, and include documentation of the special circumstances that caused you to miss your test.

**ADDITIONAL INFORMATION:**

**Probationary Period:** The probationary period is one year. Appointees will be required to successfully complete a prescribed training course prior to the end of the probationary period. Those who fail to successfully complete the training course will be terminated.

**Conditions of Employment:** You will be required to purchase uniforms at the time of employment. After completing six months of service in a fiscal year, you will be eligible for a uniform allowance.

**Investigation:**

The position is subject to investigation before appointment. At the time of investigation, you will be required to pay an $88.25 fee for fingerprint screening. At the time of investigation and at the time of appointment, you must present originals or certified copies of all required documents and proof, including but not limited to proof of date and place of birth by transcript of record from a Bureau of Vital Statistics or other satisfactory evidence, naturalization papers if necessary, proof of any military service, and proof of meeting educational requirements, if applicable. You may be disqualified if your statements are found to be false, exaggerated, or misleading or if you fail to provide required documents. Investigation must be completed prior to appointment.

**Application Receipt:**

You will be emailed a receipt immediately after you have applied for the examination. If you do not receive this receipt, check "Junk", "Trash", or "Spam" folder for the primary email linked to your Online Application System (OASys) account. If you are unable to locate the email, you can view a summary of the notification email to you on your OASys Dashboard, then Notifications. If you are still unable to find the email, please email DCAS via the Contact feature available in OASys with a description of the issue and include the exam number and your profile number located on your Profile page. While on your Profile page, check that the email addresses you provided are correct and/or updated.

**PENALTY FOR MISREPRESENTATION:**

Any intentional misrepresentation on the application or examination may result in disqualification, even after appointment, and may result in criminal prosecution.

---

The General Examination Regulations of the Department of Citywide Administrative Services (DCAS) apply to this examination and are part of this Notice of Examination. They are posted at nyc.gov/dcas and copies are available at the DCAS Computer-based Testing & Applications Centers.

The City of New York is an Equal Opportunity Employer.
Title Code No. 71681; Sanitation Enforcement Occupational Group.