**EXHIBIT C**



| | |
|---|---|
| BILL DE BLASIO<br>Mayor | DEPARTMENT OF CITYWIDE ADMINISTRATIVE SERVICES<br>BUREAU OF EXAMINATIONS |
| LISETTE CAMILO<br>Commissioner | # NOTICE OF EXAMINATION |

---

**PROMOTION TO ASSOCIATE SANITATION ENFORCEMENT AGENT**

**Exam No. 0590**

---

| | | |
|---|---|---|
| **WHEN TO APPLY:** | From: December 3, 2019 | **APPLICATION FEE: $54.00** |
| | To:   December 23, 2019 | If you choose to pay the application fee with a credit/debit/gift card, you will be charged a fee of 2.00% of the payment amount. This fee is nonrefundable. |

**THE TEST DATE:** The multiple-choice test is expected to be held on Tuesday, February 18, 2020.

---

**YOU ARE RESPONSIBLE FOR READING THIS ENTIRE NOTICE
BEFORE YOU SUBMIT YOUR APPLICATION.**

**WHAT THE JOB INVOLVES:**

Associate Sanitation Enforcement Agents supervise Sanitation Enforcement Agents in the performance of their duties and are authorized to prepare and issue summonses for certain violations of the New York City Health and Administrative Codes, New York State Public Health Law (Canine Waste), New York State Vehicle and Traffic Laws, and New York City Traffic Regulations; and notarize summonses.

At Assignment Level I, Associate Sanitation Enforcement Agents, as supervisors of a number of sectors, assign work on a daily basis; consult with District Superintendents to determine areas of special needs; make appropriate modifications and notifications; conduct roll call twice daily; prepare reports; evaluate work performance of subordinates; provide on-the-job and/or formal training; recommend disciplinary action when appropriate; operate assigned motor vehicle; use and supervise the use of hand-held computers and vehicle two-way radios; investigate complaints received from members of the public; review reports of field surveys of unsanitary conditions and other reports and forms prepared by subordinates; supervise preparation and issuance of summonses and review them for accuracy, completeness and legality; may issue summonses; may testify in court; may supervise and perform security duties relative to department premises and facilities; and supervise and perform traffic control duties during snow and other emergencies as the need arises. All Associate Sanitation Enforcement Agents perform related work.

**Special Working Conditions:**

Associate Sanitation Enforcement Agents may be required to work rotating tours or shifts, including nights, Saturdays, Sundays and holidays and overtime, depending upon the needs of the service. The work week is 40 hours.

Some of the physical activities performed by Associate Sanitation Enforcement Agents and environmental conditions experienced are: working outdoors in all kinds of weather and patrolling on foot for long periods of time.

(This is a brief description of what you might do in this position and does not include all the duties of this position.)

**THE SALARY:**

The current minimum salary is $37,608 per annum. This rate is subject to change. There are three assignment levels within this class of positions. Promotions will be made to Assignment Level I. After promotion, employees may be assigned to higher assignment levels at the discretion of the agency.

**ELIGIBILITY TO TAKE EXAMINATION:**

This examination is open to each employee of the New York City Department of Sanitation who **on the date of the multiple-choice test:**

1. holds a permanent (not provisional) competitive appointment or appears on a Preferred List (see Note, below) for the title of Sanitation Enforcement Agent; and
2. is not otherwise ineligible.

(Note: A "Preferred List" is a civil service list which is only for certain former permanent employees of the eligible title who have rehiring rights.)

This examination is also open to employees who were appointed to an eligible title pursuant to New York State Civil Service Law, section 55-a, and who meet all other eligibility requirements.

If you do not know if you are eligible, check with **your agency's personnel office**. You may be given the test before we verify your eligibility. You are responsible for determining whether or not you meet the eligibility requirements for this examination prior to submitting your application. If it is determined prior to the test date that you are not eligible to participate in this examination, you will not receive an Admission Notice to take the multiple-choice test, you will not be permitted into the test site, and your application fee will not be refunded. If it is determined after the test date that you are not eligible to participate in this examination, your application fee will not be refunded and you will not receive a score.

---

**READ CAREFULLY AND SAVE FOR FUTURE REFERENCE**

**ELIGIBILITY TO BE PROMOTED:**

In order to be eligible for promotion, you must have completed your probationary period in the eligible title as indicated in the above "Eligibility To Take Examination" section, and you must be permanently employed in the eligible title or your name must appear on a Preferred List for the eligible title at the time of promotion. Additionally, you must have served permanently in the eligible title for at least one year.

**Note:** See "EFFECTS OF A BREAK IN SERVICE" section below.

**PROBATIONARY PERIOD:**

The probationary period for Associate Sanitation Enforcement Agents promoted as a result of this examination is twelve months.

**REQUIREMENT(S) TO BE PROMOTED:**

**Driver License Requirement:** By the time you are promoted to this position, you must have a motor vehicle driver license valid in the State of New York. Serious moving violations, license suspensions or accident records may disqualify you. This license must be maintained for the duration of your employment.

**New York State Notary Public License Requirement:** You must obtain a New York State Notary Public License or be appointed to the Office of Commissioner of Deeds in New York City within six months of promotion to the title of Associate Sanitation Enforcement Agent. This license or appointment must be maintained for the duration of employment.

**HOW TO APPLY:**

If you believe you are eligible to take this examination, apply using the Online Application System (OASys) at *www.nyc.gov/examsforjobs*. Follow the onscreen application instructions for electronically submitting your application and payment and completing any required information. A unique and valid email address is required to apply online. Several internet service providers, including but not limited to Google, Yahoo!, AOL, Outlook.com, and Mail.com offer free email addresses. **All new OASys accounts require verification before a candidate can apply to ensure the accuracy of candidate information. Verification is instantaneous for most accounts and you will receive a confirmation email with instructions to activate your account. For any account creation issues, you will receive onscreen prompts to contact DCAS. This review may require up to two (2) business days to be reviewed and resolved. Please keep this information and the application period deadline in mind when creating your account.**

The following methods of payment are acceptable: major credit card, bank card associated with a bank account, or a prepaid debit card with a credit card logo which you may purchase online or at various retail outlets. Beginning in January 2020, the Online Applications System will no longer be supported on Windows 7 or earlier versions of Windows operating systems. If you are receiving or participating in certain forms of public assistance/benefits/programs, or are a veteran, you may qualify to have the application fee waived. For more information on eligibility for a fee waiver and documentation requirements visit the Fee Waiver FAQ on the Online Application System at: *https://a856-exams.nyc.gov/OASysWeb/Home/Faq*

You may come to the DCAS Computer-based Testing & Applications Centers to apply for this examination online. The centers will be open Monday through Saturday from 9:00 AM to 5:00 PM:

| **Manhattan** | **Brooklyn** | **Queens** |
|---|---|---|
| 2 Lafayette Street<br>17th Floor<br>New York, NY 10007 | 210 Joralemon Street<br>4th Floor<br>Brooklyn, NY 11201 | 118-35 Queens Boulevard<br>5th Floor<br>Forest Hills, NY 11375 |

| **Staten Island** | **Bronx** |
|---|---|
| 135 Canal Street<br>3rd Floor<br>Staten Island, NY 10304 | 1932 Arthur Avenue<br>2nd Floor<br>Bronx, NY 10457 |

**Special Circumstances Guide:** This guide is located on the DCAS website at *https://www1.nyc.gov/assets/dcas/downloads/pdf/employment/pdf_c_special_circumstances_guide.pdf* and available at the DCAS Computer-based Testing & Applications Centers. This guide gives important information about requesting an alternate test date because of religious observance or a special test accommodation for disability, claiming Veterans' or Legacy credit, and notifying DCAS of a change in your mailing address. Follow all instructions in the Special Circumstances Guide that pertain to you when you complete your "Application for Examination."

**REQUIRED INFORMATION:**

**Application for Examination:** Follow the online instructions, including those relating to the payment of fee and, if applicable, those found in the Special Circumstances Guide.

**THE TEST:**

The multiple-choice test will be given at a computer terminal. You must achieve a score of at least 70% to pass this test. Your score on this test will determine 85% of your final score. Your seniority will determine the remaining 15%. You must pass the multiple-choice test to have your seniority credited. See the "Seniority" section below for seniority computation.

The multiple-choice test is designed to assess the extent to which candidates have certain abilities and technical knowledge determined to be important to the performance of the tasks of an Associate Sanitation Enforcement Agent (ASEA). Task areas to be tested are as follows: completion and review of logs, forms, reports, correspondence, etc.; supervision and training of subordinates; enforcement of health, administrative and related codes; equipment and vehicle operation, control and maintenance; and coordination/liaison activities.

The test may include questions which require working knowledge or better (without Reference Material) of the following non-exclusive list of sources in effect up to and including December 2019; and contained in the NYC Department of Sanitation Digest of Codes; Sanitation Enforcement Agents Patrol Guide (Class of 2017-08-28); Departmental Messages; Command Orders; NYC Department of Sanitation Code of Conduct, standards of proper employee conduct, including the provisions of the Mayor's Executive Order No. 16, of 1978, as amended; and other related areas.

The test may also include questions requiring the use of any of the following abilities:

**Judgment & Decision-Making:** Reviewing information to develop and evaluate the relative costs and benefits of potential solutions to problems and choosing the most appropriate one; implementing a course of action determined by thinking analytically. While similar to Planning & Organizing, Judgment and Decision-Making are typically applied over a shorter time frame. **Example:** An ASEA may need to determine the best course of action to take in order to assist a Sanitation Enforcement Agent (SEA) working in the field.

**Planning & Organizing:** Establishing a method of execution to accomplish a specific goal over an extended period of time; determining appropriate assignments and allocation of resources. **Example:** An ASEA may need to keep track of weekly assignments and implement new initiatives within a unit in a designated period of time.

**Management of Material Resources:** Obtaining and seeing to the appropriate use of equipment, facilities and materials needed to do certain work; managing the things needed for work to be accomplished. **Example:** An ASEA may need to maintain and keep a daily inventory of garage equipment required to carry out the work of the unit.

**Written Comprehension:** Understanding the information and ideas presented in written sentences and paragraphs in work-related documents. **Example:** An ASEA may need to read, interpret, and relay policy intiatives down the chain of command daily to their units.

**Written Expression:** Appropriately communicating information and ideas in written words and sentences so intended audience will understand. **Example:** An ASEA may need to clearly summarize and give written reports on issues pertaining to the sanitation enforcement unit tasks and incidents.

**Conflict Resolution:** Negotiating with others to resolve grievances or conflicts and handle complaints by developing a constructive solution. **Example:** An ASEA may need to mediate interpersonal conflicts between members of the public and enforcement agents or those pertaining to personnel administration.

**Monitoring:** Monitoring/assessing performance of oneself, other individuals or organizations to make improvements or take corrective action; overseeing the quality of performance. **Example:** An ASEA may need to monitor the work of SEAs from day to day to ensure that certain procedures have been carried out properly or to assist with new directives.

**Time Management:** Managing one's own time and the time of others in order to promote effective use of work hours. **Example:** An ASEA may have to manage multiple competing goals daily and/or weekly in order to meet deadlines.

Certain questions may need to be answered on the basis of documents or other information supplied to the candidates on the date of the multiple-choice exam.

## SENIORITY:

**Method of computing seniority:** Use the following chart to determine the score for seniority for permanent service in the eligible title of Sanitation Enforcement Agent, subject to the conditions below:

| If Your Date of Permanent Appointment to Sanitation Enforcement Agent is: | You Will Receive: | If Your Date of Permanent Appointment to Sanitation Enforcement Agent is: | You Will Receive: |
|---|---|---|---|
| 02/19/20 or after | not eligible | 11/19/14 - 2/18/15 | 85.000 percent |
| 11/19/19 - 02/18/20 | 70.000 percent | 8/19/14 - 11/18/14 | 85.750 percent |
| 8/19/19 - 11/18/19 | 70.750 percent | 5/19/14 - 8/18/14 | 86.500 percent |
| 5/19/19 - 8/18/19 | 71.500 percent | 2/19/14 - 5/18/14 | 87.250 percent |
| 2/19/19 - 5/18/19 | 72.250 percent | 11/19/13 - 2/18/14 | 88.000 percent |
| 11/19/18 - 2/18/19 | 73.000 percent | 8/19/13 - 11/18/13 | 88.750 percent |
| 8/19/18 - 11/18/18 | 73.750 percent | 5/19/13 - 8/18/13 | 89.500 percent |
| 5/19/18 - 8/18/18 | 74.500 percent | 2/19/13 - 5/18/13 | 90.250 percent |
| 2/19/18 - 5/18/18 | 75.250 percent | 11/19/12 - 2/18/13 | 91.000 percent |
| 11/19/17 - 2/18/18 | 76.000 percent | 8/19/12 - 11/18/12 | 91.750 percent |
| 8/19/17 - 11/18/17 | 76.750 percent | 5/19/12 - 8/18/12 | 92.500 percent |
| 5/19/17 - 8/18/17 | 77.500 percent | 2/19/12 - 5/18/12 | 93.250 percent |
| 2/19/17 - 5/18/17 | 78.250 percent | 11/19/11 - 2/18/12 | 94.000 percent |
| 11/19/16 - 2/18/17 | 79.000 percent | 8/19/11 - 11/18/11 | 94.750 percent |
| 8/19/16 - 11/18/16 | 79.750 percent | 5/19/11 - 8/18/11 | 95.500 percent |
| 5/19/16 - 8/18/16 | 80.500 percent | 2/19/11 - 5/18/11 | 96.250 percent |
| 2/19/16 - 5/18/16 | 81.250 percent | 11/19/10 - 2/18/11 | 97.000 percent |
| 11/19/15 - 2/18/16 | 82.000 percent | 8/19/10 - 11/18/10 | 97.750 percent |
| 8/19/15 - 11/18/15 | 82.750 percent | 5/19/10 - 8/18/10 | 98.500 percent |
| 5/19/15 - 8/18/15 | 83.500 percent | 2/19/10 - 5/18/10 | 99.250 percent |
| 2/19/15 - 5/18/15 | 84.250 percent | 2/18/10 or earlier | 100.000 percent |

**Conditions:** Service in titles other than the eligible title will not be given seniority credit, except as provided by law. No credit will be given for more than the actual amount of service an eligible has, except as provided by Section 243 of the NYS Military Law. Any employee who, pursuant to court order or otherwise, has been accorded retroactive seniority by the Department of Citywide Administrative Services in the title of Sanitation Enforcement Agent shall be given appropriate credit.

Note: See "EFFECTS OF A BREAK IN SERVICE " section, below.

The maximum score attainable for seniority is 100%.

Seniority and Veteran's Preference Credits will be awarded only to those candidates who pass the multiple-choice test.

**EFFECTS OF A BREAK IN SERVICE:**

The period of a break in service will not be credited toward eligibility to be promoted or in the computation of seniority credits. Additionally, any time served prior to a break in service of more than one year will not be credited for these purposes.

**EXAM SITE ADMISSION:**

You will be sent an Admission Notice in the mail 14 days before the date of the multiple-choice test. Your Admission Notice will also be available on your Dashboard in the Online Application System (OASys) account 7 days before the date of the multiple-choice test. If you access the Admission Notice from your Dashboard in OASys, you must print it out and bring it with you to the test site; displaying your Admission Notice using any of the prohibited electronic devices referenced in the "Warning" section below will not be permitted. You can also obtain a duplicate Admission Notice in person Monday through Friday from 9:00 AM to 5:00 PM at 1 Centre Street, 14th Floor, New York, NY 10007. Test site assignments will take your address into consideration, but nearness to your address cannot be guaranteed.

<u>**Warning**</u>: You are not permitted to enter the test site with electronic devices including, but not limited to, cellular phones, smart watches, recording devices, beepers, pagers, cameras, or portable media players. You are not permitted to use any type of headphones or ear buds. Calculators and electronic devices with an alphabetic keyboard or with word processing or data recording abilities such as planners, organizers, etc. are not permitted. If you use any of these devices anywhere at any test site, whether in the testing area, restroom, hallway, or other location, at any time before, during or after the test or Protest Review Session, your test score will be nullified, you will be disqualified from taking any civil service tests for up to five years, and your application fee will not be refunded.

You may not have any other person, including children, present with you while you are being processed for or taking the test, and no one may wait for you inside of a Computer-based Testing & Applications Center while you are taking the test.

<u>**Required Identification**</u>: **You are required to bring one (1) form of valid (non-expired) signature and photo bearing identification to the test site.** The name that was used to apply for the exam must match the first and last name on the photo ID. A list of acceptable identification documents is provided below. **If you do not have an acceptable ID, you may be denied testing.** Acceptable forms of identification (bring one) are as follows: State issued driver's license, City or State issued identification card, IDNYC, US Government issued Passport, US Government issued Military Identification Card, US Government issued Alien Registration Card, Employer ID with photo, or Student ID with photo.

<u>**Leaving**</u>: You must leave the test site once you finish the test. If you leave the test site after being fingerprinted but before finishing the test, you will not be permitted to re-enter. If you disregard this instruction and re-enter the test site, you may not receive your test results, your test score may be nullified, and your application fee will not be refunded.

**CHANGE OF MAILING ADDRESS, EMAIL ADDRESS, AND/OR TELEPHONE NUMBER:**

It is critical that you promptly notify DCAS of any change to your mailing address, email address and/or phone number. If we do not have your correct mailing address, email address and/or phone number, you will not receive information about your exam(s), consideration for promotion and/or important information that may require a response by a specified deadline. If you need to update your Mailing Address, Email Address, and/or Telephone Number, read below:

- City Employees - update this information in NYCAPS Employee Self-Service (ESS) at *www.nyc.gov/ess*
- All Others - update this information on your Profile page in the Online Application System (OASys) by logging into your OASys account and navigating to your Dashboard, then your Profile tab at *www.nyc.gov/examsforjobs*
- Submit a written request in-person or by mail: DCAS, 1 Centre Street, 14th Floor, New York, NY 10007 or bring in person to the same address Monday through Friday from 9AM to 5PM. Your written request must include your full name, social security number, exam title(s), exam number(s), previous mailing and/or email address, and your new mailing and/or email address

**CHANGE OF NAME AND/OR SOCIAL SECURITY NUMBER:**

Use the Data Correction Form and follow all instructions for changing your name and/or social security number with DCAS. The following link will provide you with the DCAS Data Correction Form: *https://www1.nyc.gov/assets/dcas/downloads/pdf/employment/dp148a.pdf*

**THE TEST RESULTS:**

If you pass the multiple-choice test and are marked eligible, your name will be placed in final score order on an eligible list and you will be given a list number. You will be notified by mail of your test results. The eligible list determines the order by which candidates will be considered for promotion. If you meet all requirements and conditions, you will be considered for promotion if your name is reached on the eligible list. Once a list has been established, it will typically remain active for four years. To learn more about the civil service system go to: *https://www1.nyc.gov/site/dcas/employment/civil-service-system.page*.

**SPECIAL ARRANGEMENTS:**

**Late Filing:**

Consult **your agency's personnel office** to determine the procedure for filing a late application if you meet one or more of the following conditions:

1. You are absent from work for at least one-half of the application period and cannot apply for reasons such as vacation, sick leave or military duty; or
2. You become eligible after the above application period but on or before the date of the multiple-choice test.

**Make-up Test:**

You may apply for a make-up test if you cannot take the test on the regular test date(s) for any of the following reasons:

1. compulsory attendance before a public body;

2. on-the-job injury or illness caused by municipal employment where you are an officer or employee of the City;
3. absence from the test within one week after the death of a spouse, domestic partner, parent, sibling, child or child of a domestic partner where you are an officer or employee of the City;
4. absence due to ordered military duty;
5. a clear error for which the Department of Citywide Administrative Services or the examining agency is responsible; or
6. a temporary disability, pregnancy-related, or child-birth-related condition preventing you from taking the test.

To request a make-up test, contact Administration, Customer, and Exam Support in person or by mail at 1 Centre Street, 14th Floor, New York, NY 10007, or by email at testingaccommodations@dcas.nyc.gov, as soon as possible, and include documentation of the special circumstances that caused you to miss your test.

**ADDITIONAL INFORMATION:**

**Application Receipt:**

You will be emailed a receipt immediately after you have applied for the examination. If you do not receive this receipt, check "Junk", "Trash", or "Spam" folders for the primary email linked to your Online Application System (OASys) account. If you are unable to locate the email, you can view a summary of the notification email to you on your OASys Dashboard, under Notifications. If you are still unable to find the email, please email DCAS via the Contact feature available in OASys with a description of the issue and include the exam number and your profile number located on your Profile page. While on your Profile page, check that the email addresses you provided are correct and/or updated.

**PENALTY FOR MISREPRESENTATION:**

Any intentional misrepresentation on the application or examination may result in disqualification, even after promotion, and may result in criminal prosecution.

---

**The General Examination Regulations of the Department of Citywide Administrative Services (DCAS) apply to this examination and are part of this Notice of Examination. They are posted at nyc.gov/dcas and copies are available at the DCAS Computer-based Testing & Applications Centers.**

The City of New York is an Equal Opportunity Employer.
Title Code No. 71682; Sanitation Enforcement Occupational Group.

**For information about other exams, and your exam or list status, call 212-669-1357.**
**Internet: nyc.gov/dcas**