UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
DAMEKA DOWDY, JEFFREY HUNTER, SEAN MILAN,
JOEL PURSER, SANDRA CASTRO, CECELIA ROJAS,
KEVON CHISHOLM, RICHARD ORTEGA, MARISOL
CONCEPCION, ROBERT TABON, RASHEEN ODOM,
CARMELITA GORDON-FLEETWOOD, and RAYMOND
PACHECO,
On behalf of themselves and all others similarly situated,     **NOTICE OF APPEARANCE**

                                  Plaintiffs,     No. 22 Civ. 6284 (ALC)

       -against-

THE CITY OF NEW YORK, NEW YORK CITY
DEPARTMENT OF SANITATION,

                                  Defendants.
------------------------------------------------------------------------x

        **PLEASE TAKE NOTICE** that I am the Assistant Corporation Counsel in the office of the Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, recently re-assigned to represent Defendants in the above-referenced action. Accordingly, I respectfully request that any future correspondence, filings, ECF notifications or other information relating to this matter be addressed to me at the address below and that my name be inserted as Lead Counsel on the Docket Sheet.

Dated:     New York, New York
             August 15, 2023

                                                    HON. SYLVIA O. HINDS-RADIX
                                                    Corporation Counsel of the
                                                       City of New York
                                                    Attorney for Defendants
                                                   100 Church Street, Room 2-123
                                                   New York, New York 10007-2601
                                                   (212) 356-2465
                                                   tafranci@law.nyc.gov

                                       By     */s/ Talysia Francis*
                                                   Talysia Francis
                                                   Assistant Corporation Counsel

cc:  Phillip H. Seelig, Esq. (via ECF)
Seelig Law Offices, LLC
Attorneys for Plaintiffs
299 Broadway, Suite 1600
New York, NY 10007
(212) 766-0600
phil@pseeliglaw.com

Matthew J. Porcaro, Esq. (via ECF)
Seelig Law Offices, LLC
Attorneys for Plaintiffs
299 Broadway, Suite 1600
New York, NY 10007
(212) 766-0600
matt@pseeliglaw.com

Steven J. Moser, Esq. (via ECF)
Moser Law Firm, PC
Attorneys for Plaintiffs
5 E Main Street
Huntington, NY 11743
(516) 671-1150
steven.moser@moserlawfirm.com

| |
|---|
| No. 22 Civ. 6284 (ALC) |
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK |
| DAMEKA DOWDY, JEFFREY HUNTER, SEAN MILAN, JOEL PURSER, SANDRA CASTRO, CECELIA ROJAS, KEVON CHISHOLM, RICHARD ORTEGA, MARISOL CONCEPCION, ROBERT TABON, RASHEEN ODOM, CARMELITA GORDON-FLEETWOOD, and RAYMOND PACHECO,<br>On behalf of themselves and all others similarly situated,<br><br>                                                                Plaintiffs,<br><br>                          -against-<br><br>THE CITY OF NEW YORK, NEW YORK CITY DEPARTMENT OF SANITATION,<br><br>                                                                Defendants. |
| **NOTICE OF APPEARANCE** |
| ***HON. SYLVIA O. HINDS-RADIX***<br>*Corporation Counsel of the City of New York*<br>*Attorney for Defendants*<br>*100 Church Street, Room 2-123*<br>*New York, New York 10007*<br><br>*Of Counsel:  Talysia Francis*<br>*Tel:  (212) 356-2465*<br>*Matter No.:  2022-044833* |
| *Due and timely service is hereby admitted.*<br><br>*New York, New York  ................................ , 2023*<br><br>*................................................................. Esq.*<br><br>*Attorney for ...................................................................* |