

| | | |
|---|---|---|
| **HON. SYLVIA O. HINDS-RADIX**<br>*Corporation Counsel* | T**HE** C**ITY OF** N**EW** Y**ORK**<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **TALYSIA FRANCIS**<br>*Assistant Corporation Counsel*<br>Labor & Employment Law Division<br>(212) 356-2465<br>tafranci@law.nyc.gov |

September 29, 2023

**BY ECF and Email (ALCarterNYSDChambers@nysd.uscourts.gov)**
Honorable Andrew L. Carter, Jr.
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Rm 435
New York, New York 10007

      Re:   Dowdy, et al. v. City of New York, et al.
              Docket No. 22-CV-6284 (ALC)

Dear Judge Carter:

      I am an Assistant Corporation Counsel in the office of the Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, attorney for Defendants City of New York and the New York City Department of Sanitation ("Defendants") in the above-referenced action.

      I write to respectfully request that the telephonic conference scheduled for October 10, 2023 at 11:00 a.m. be adjourned, as I am scheduled to appear at 10:00 a.m. on that same date for an oral argument in Aponte v. Town of Islip, et al., Index No. 151329/2023 (Sup. Ct. N.Y. Co.). This is Defendants' first request for an adjournment of this conference.

      I have conferred with Plaintiff's counsel, who consent to this adjournment. Counsel are available for a telephonic conference on October 10, 2023 at or after 2:00 p.m., or on October 12, 2023 after 2:00 p.m. Mr. Seelig and Mr. Porcaro will be out of the country from October 14, 2023 through October 24, 2023 and, thus, counsel are unavailable for a teleconference during that time.

      I thank the Court for its attention to this matter.

                                    Respectfully Submitted,

                                    */s/ Talysia Francis*
                                    Talysia Francis
                                    Assistant Corporation Counsel

cc:    Phillip H. Seelig, Esq. (via ECF)
Seelig Law Offices, LLC
Attorneys for Plaintiffs
299 Broadway, Suite 1600
New York, NY 10007
(212) 766-0600
phil@pseeliglaw.com

Matthew J. Porcaro, Esq. (via ECF)
Seelig Law Offices, LLC
Attorneys for Plaintiffs
299 Broadway, Suite 1600
New York, NY 10007
(212) 766-0600
matt@pseeliglaw.com

Steven J. Moser, Esq. (via ECF)
Moser Law Firm, PC
Attorneys for Plaintiffs
5 E Main Street
Huntington, NY 11743
(516) 671-1150
steven.moser@moserlawfirm.com