UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAMEKA DOWDY, et al., <br><br> Plaintiffs, <br><br> -against- <br><br> NEW YORK CITY DEPARTMENT OF SANITATION, <br><br> Defendant. | 22-CV-6284 (ALC) <br><br> **SCHEDULING ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of Defendant's letter motion to adjourn the October 10, 2023 status conference at ECF No. 29.  Defendant's motion is **GRANTED**.  The conference is adjourned to **October 10, 2023** at **2:00 p.m.** The parties shall contact the Court at **1-888-363-4749** (access code: **3768660**).

SO ORDERED.

Dated:   October 2, 2023
         New York, New York

                                                    _____
                                                    **ANDREW L. CARTER, JR.**
                                                    **United States District Judge**