UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAMEKA DOWDY, ET AL., <br><br> Plaintiffs, <br><br> -against- <br><br> NEW YORK CITY DEPARTMENT OF SANITATION and THE CITY OF NEW YORK, <br><br> Defendant. | 22-CV-6284 (ALC) <br><br> **ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

As stated on the record at the October 10, 2023 status conference, Plaintiffs have until **November 14, 2023** to file an amended complaint.  The parties shall file a joint status report by **December 5, 2023** indicating whether Defendant intends to move to dismiss and, if so, jointly proposing a briefing schedule for the motion.

SO ORDERED.

Dated: October 12, 2023
      New York, New York

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**