**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 11/14/23

**Steven J. Moser**
Tel: 631-824-0200
steven.moser@moserlawfirm.com

MOSER LAW FIRM, PC

November 14, 2023

**VIA ECF**

Hon. Andrew L. Carter, USDJ
United States District Court
Southern District of New York
40 Foley Square, Rm 435
New York, NY 10007

    Re:    *Dowdy v City of New York,* Case No. 22-cv-06284(ALC)

Dear Judge Carter:

    Together with the Seelig Law Offices, I represent the Plaintiffs in the above referenced matter. With the consent of the Defendant, Plaintiffs respectfully request an extension of the time to file the amended complaint from November 15, 2023 until November 29, 2023, and for the time to file a joint status report regarding the Defendants' potential motion to dismiss from December 5, 2023 until December 19, 2023.

    This is the first request for an extension. The reason for this request is that I have had cold and flu symptoms since Sunday, November 5, 2023.

                                         Very truly yours,

                                         *Steven J. Moser*
                                         Steven J. Moser

CC:    All counsel of record via ECF

SO ORDERED:
*Andrew L. Carter*
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE
November 14, 2023
New York, New York