**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 11/28/23

MOSER LAW FIRM, PC

Steven J. Moser
Tel: 631-824-0200
steven.moser@moserlawfirm.com

November 28, 2023

**VIA ECF**

Hon. Andrew L. Carter, USDJ
United States District Court, SDNY
40 Foley Square, Rm 435
New York, NY 10007

Re:   *Dowdy v City of New York, 22-cv-06284(ALC)*, Case No. 22-cv-06284(ALC)

Dear Judge Carter:

Together with the Seelig Law Offices, I represent the Plaintiffs in the above referenced matter. With the consent of the Defendant, Plaintiffs respectfully request an additional one-week extension of the time to file the amended complaint from November 29, 2023 until December 5, 2023, and for the time to file a joint status report regarding the Defendants' potential motion to dismiss from December 19, 2023 until December 30, 2023.

This is the second request for an extension. The reason for this request is that after a brief recovery, I again fell ill the day before Thanksgiving and returned to work yesterday afternoon.

Very truly yours,

*Steven J. Moser*

Steven J. Moser

CC:   All counsel of record via ECF

SO ORDERED:

*Andrew L. Carter*

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE
November 28, 2023
New York, New York

5 E. MAIN ST., HUNTINGTON, NY 11743
WWW.MOSEREMPLOYMENTLAW.COM