Top 30 Sanitation Workers' Pay (2022

|    | Name | 2022 Compensation (Including OT) |
|----|------|-----------------------------------|
| 1  | Carl E Frank | $ 264,664.00 |
| 2  | Dmitry Bandoylo | 253,509.00 |
| 3  | Christop Crum | 251,230.00 |
| 4  | Walter A Kanceler | 248,740.00 |
| 5  | Nicholas Bonpietro | 248,611.00 |
| 6  | Dominick Siclari | 243,167.00 |
| 7  | Orgle Neat | 243,121.00 |
| 8  | Marcus E Grant | 242,964.00 |
| 9  | Edmond P Egan | 242,503.00 |
| 10 | Stanley P Soja | 240,676.00 |
| 11 | Edgar M Jordan | 239,178.00 |
| 12 | Trevor Evelyn | 239,110.00 |
| 13 | Michael R Squiciari | 238,294.00 |
| 14 | Joseph Rivera | 238,012.00 |
| 15 | Terence Vaughn | 237,957.00 |
| 16 | Charles Gardella | 237,242.00 |
| 17 | Marcelino Cotto | 236,712.00 |
| 18 | Francis J Giurco | 236,416.00 |
| 19 | Edward J Kaufman | 235,545.00 |
| 20 | Marco Santa Cruz | 235,510.00 |
| 21 | Steven S Trosten | 235,374.00 |
| 22 | Randolph E Garcia | 235,129.00 |
| 23 | Gregory Zalnieratis | 235,073.00 |
| 24 | Jerome L Crutch | 234,745.00 |
| 25 | Edward M Bonici | 233,683.00 |
| 26 | Waseem T Khan | 233,675.00 |
| 27 | Kwanho Yu | 233,447.00 |
| 28 | Antonio Barreto | 233,184.00 |
| 29 | Carmine Carannante | 232,655.00 |
| 30 | Angel Saez | 231,710.00 |
|    | **TOTAL** | $ **7,191,836.00** |

# EXHIBIT 3