UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| DAMEKA DOWDY, JEFFREY HUNTER, SEAN MILAN, JOEL PURSER, SANDRA CASTRO, CECELIA ROJAS, KEVON CHISHOLM, RICHARD ORTEGA, MARISOL CONCEPCION, ROBERT TABON, RASHEEN ODOM, CARMELITA GORDON-FLEETWOOD, and RAYMOND PACHECO, | ) ) ) ) ) ) ) | **Case No. 22-cv-06284(ALC)** |
| On behalf of themselves and all others similarly situated, | ) ) | **CONSENT TO JOIN** |
| Plaintiff(s), | ) ) | |
| -against- | ) ) | |
| THE CITY OF NEW YORK, | ) ) | |
| Defendant(s). | ) | |

I hereby consent to become a party plaintiff in the present action making a claim under the

Equal Pay Act, 29 U.S.C. § 206(d)(1). I am a _Female_ (sex). I am employed (or

was employed within the last three years) as a(n) _Sanitation Enforcement Agent_ (title)

and I believe THE CITY OF NEW YORK compensated me less than it compensated Sanitation

Police who were members of the opposite sex for substantially equal work.

I hereby authorize the Seelig Law Offices, LLC and the Moser Law Firm, PC to represent

me with regard to my Equal Pay Act claims and I hereby consent to be bound by any settlement of

this action or adjudication by the Court regarding such claims.

Dated this _12TH_ day of December, 2023.

_Dorothy Collins_
(Print name)

_Dorothy Colli_
(Signature)