

| **HON. SYLVIA O. HINDS-RADIX** | THE CITY OF NEW YORK | **TALYSIA FRANCIS** |
| :--- | :---: | ---: |
| *Corporation Counsel* | **LAW DEPARTMENT** | *Assistant Corporation Counsel* |
| | 100 CHURCH STREET | Labor & Employment Law Division |
| | NEW YORK, NY 10007 | (212) 356-2465 |
| | | tafranci@law.nyc.gov |

December 28, 2023

**BY ECF and Email (ALCarterNYSDChambers@nysd.uscourts.gov)**
Honorable Andrew L. Carter, Jr.
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Rm 435
New York, New York 10007

      Re:   Dowdy, et al. v. City of New York
            Docket No. 22-CV-6284 (ALC)

Dear Judge Carter:

      I am an Assistant Corporation Counsel in the office of the Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, attorney for Defendant City of New York in the above-referenced action. Pursuant to the Court's Orders dated October 12, 2023, November 14, 2023 and November 28, 2023, (ECF Dkt. Nos. 31, 33 and 35), Defendant submits this letter on behalf of both parties to advise the Court that Defendant intends to move to dismiss the Second Amended Complaint.

      Accordingly, the parties respectfully request that the Court endorse the following proposed briefing schedule:

      Defendant's Motion:            February 8, 2024

      Plaintiff's Opposition:           March 21, 2024

      Defendant's Reply:             April 11, 2024


      Respectfully Submitted,

      */s/ Talysia Francis*
      Talysia Francis
      Assistant Corporation Counsel

cc: Phillip H. Seelig, Esq. (via ECF)
Seelig Law Offices, LLC
Attorneys for Plaintiffs
299 Broadway, Suite 1600
New York, NY 10007
(212) 766-0600
phil@pseeliglaw.com

Matthew J. Porcaro, Esq. (via ECF)
Seelig Law Offices, LLC
Attorneys for Plaintiffs
299 Broadway, Suite 1600
New York, NY 10007
(212) 766-0600
matt@pseeliglaw.com

Steven J. Moser, Esq. (via ECF)
Moser Law Firm, PC
Attorneys for Plaintiffs
5 E Main Street
Huntington, NY 11743
(516) 671-1150
steven.moser@moserlawfirm.com