UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAMEKA DOWDY, JEFFREY HUNTER, SEAN MILAN, )
JOEL PURSER, SANDRA CASTRO, CECELIA ROJAS, )
KEVON CHISHOLM, RICHARD ORTEGA, MARISOL )
CONCEPCION, ROBERT TABON, RASHEEN ODOM, ) Case No.
CARMELITA GORDON-FLEETWOOD, and RAYMOND ) 22-cv-06284(ALC)
PACHECO, )
)
On behalf of themselves and all others similarly situated, ) **CONSENT TO JOIN**
)
Plaintiff(s), )
)
-against- )
)
THE CITY OF NEW YORK, )
)
Defendant(s). )

I hereby consent to become a party plaintiff in the present action making a claim under the Equal Pay Act, 29 U.S.C. § 206(d)(1). I am a ___Male___ (sex). I am employed (or was employed within the last three years) as a(n) ___Sanitation Enforcement Agent___ (title) and I believe THE CITY OF NEW YORK compensated me less than it compensated Sanitation Police who were members of the opposite sex for substantially equal work.

I hereby authorize the Seelig Law Offices, LLC and the Moser Law Firm, PC to represent me with regard to my Equal Pay Act claims and I hereby consent to be bound by any settlement of this action or adjudication by the Court regarding such claims.

Dated this __11__ day of December, 2023.

___Ari Klipper___
(Print name)

___[signature]___
(Signature)