UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAMEKA DOWDY, JEFFREY HUNTER, SEAN MILAN, JOEL PURSER, SANDRA CASTRO, CECELIA ROJAS, KEVON CHISHOLM, RICHARD ORTEGA, MARISOL CONCEPCION, ROBERT TABON, RASHEEN ODOM, CARMELITA GORDON-FLEETWOOD, and RAYMOND PACHECO, | )<br>)<br>)<br>)<br>)<br>)<br>) |
| On behalf of themselves and all others similarly situated, | ) |
| Plaintiff(s), | ) |
| -against- | ) |
| THE CITY OF NEW YORK, | ) |
| Defendant(s). | ) |

**Case No.**
**22-cv-06284(ALC)**

**CONSENT TO JOIN**

I hereby consent to become a party plaintiff in the present action making a claim under the Equal Pay Act, 29 U.S.C. § 206(d)(1). I am a _male_ (sex). I am employed (or was employed within the last three years) as a(n) _Sanitation Enforcement Agent_ (title) and I believe THE CITY OF NEW YORK compensated me less than it compensated Sanitation Police who were members of the opposite sex for substantially equal work.

I hereby authorize the Seelig Law Offices, LLC and the Moser Law Firm, PC to represent me with regard to my Equal Pay Act claims and I hereby consent to be bound by any settlement of this action or adjudication by the Court regarding such claims.

Dated this _11th_ day of December, 2023.

_Manuel A. Lagares_
(Print name)

_[signature]_
(Signature)