UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAMEKA DOWDY, JEFFREY HUNTER, SEAN MILAN, JOEL PURSER, SANDRA CASTRO, CECELIA ROJAS, KEVON CHISHOLM, RICHARD ORTEGA, MARISOL CONCEPCION, ROBERT TABON, RASHEEN ODOM, CARMELITA GORDON-FLEETWOOD, and RAYMOND PACHECO,

On behalf of themselves and all others similarly situated,

Plaintiff(s),

-against-

THE CITY OF NEW YORK,

Defendant(s).

Case No. 22-cv-06284(ALC)

**CONSENT TO JOIN**

I hereby consent to become a party plaintiff in the present action making a claim under the Equal Pay Act, 29 U.S.C. § 206(d)(1). I am a __Male__ (sex). I am employed (or was employed within the last three years) as a(n) __Sea__ (title) and I believe THE CITY OF NEW YORK compensated me less than it compensated Sanitation Police who were members of the opposite sex for substantially equal work.

I hereby authorize the Seelig Law Offices, LLC and the Moser Law Firm, PC to represent me with regard to my Equal Pay Act claims and I hereby consent to be bound by any settlement of this action or adjudication by the Court regarding such claims.

Dated this __12__ day of December, 2023.

__MOHAMMAD N NABE__
(Print name)

__Mohammad nnabo__
(Signature)