UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAMEKA DOWDY, JEFFREY HUNTER, SEAN MILAN, JOEL PURSER, SANDRA CASTRO, CECELIA ROJAS, KEVON CHISHOLM, RICHARD ORTEGA, MARISOL CONCEPCION, ROBERT TABON, RASHEEN ODOM, CARMELITA GORDON-FLEETWOOD, and RAYMOND PACHECO, <br><br>On behalf of themselves and all others similarly situated, <br><br>Plaintiff(s), <br><br>-against- <br><br>THE CITY OF NEW YORK, <br><br>Defendant(s). | Case No. <br>22-cv-06284(ALC) <br><br>**CONSENT TO JOIN** |

I hereby consent to become a party plaintiff in the present action making a claim under the Equal Pay Act, 29 U.S.C. § 206(d)(1). I am a __Male__ (sex). I am employed (or was employed within the last three years) as a(n) __SEA/SW__ (title) and I believe THE CITY OF NEW YORK compensated me less than it compensated Sanitation Police who were members of the opposite sex for substantially equal work.

I hereby authorize the Seelig Law Offices, LLC and the Moser Law Firm, PC to represent me with regard to my Equal Pay Act claims and I hereby consent to be bound by any settlement of this action or adjudication by the Court regarding such claims.

Dated this __12__ day of December, 2023.

__Kirk O'Neal__
(Print name)

__[signature]__
(Signature)