UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
**DAMEKA DOWDY et al.,**

                    **Plaintiffs,**

    -against-

**CITY OF NEW YORK, NEW YORK CITY DEPARTMENT OF SANITATION.,**

                    **Defendants.**
------------------------------------------------------------------- x

22-cv-6284-ALC

**ORDER OF REFERENCE**

**ANDREW L. CARTER, JR., District Judge:**

The above-captioned action is referred to Magistrate Judge Stewart D. Aaron, for the following purpose[s]:

| | | | |
|---|---|---|---|
| **X** | **General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)** | ___ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| ___ | Specific Non-Dispositive Motion/Dispute | ___ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose: _____ |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | ___ | Habeas Corpus |
| ___ | Settlement | ___ | Social Security |
| ___ | Inquest After Default/Damages Hearing | ___ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) Particular Motion: _____ |

**SO ORDERED.**

Dated:     **January 9, 2024**
             **New York, New York**

_____
    **HON. ANDREW L. CARTER, JR.**
       **United States District Judge**