```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/11/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Dameka Dowdy, et al.,

                Plaintiffs,

-against-

City of New York, et al.,

                Defendants.

1:22-cv-06284 (ALC) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

The parties' deadline to file a joint status report regarding the Defendants' potential motion to dismiss is past due. (*See* 11/28/23 Order, ECF No. 35.) No later than Tuesday, January 16, 2024, the parties shall file such report.

**SO ORDERED.**

Dated:      New York, New York
              January 11, 2024

_____
STEWART D. AARON
United States Magistrate Judge