# SEELIG LAW OFFICES, LLC

| | | |
|---|---|---|
| PHILIP H. SEELIG | ATTORNEYS AT LAW | ASSOCIATE ATTORNEYS |
| RICHARD B. SEELIG * | 299 BROADWAY – SUITE 1600 | BERET L. FLOM |
| JOSHUA S. GOHARI ** | NEW YORK, NEW YORK 10007 | MATTHEW J. PORCARO *** |
| | TEL: (212) 766-0600 | |
| | FAX: (212) 766-2616 | |

\* MEMBER NY & CT BAR
\*\* MEMBER NY & NJ BAR
\*\*\* MEMBER NY & MA BAR

January 12, 2024

**By ECF**

Hon. Stewart D. Aaron
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

           Re:  *Dowdy et al. v. City of New York*
              **22-cv-6284 (ALC)**

Dear Judge Aaron:

Our firm represents the Plaintiffs in the above-referenced action. Pursuant to this Court's Order of January 11, 2024 (ECF Doc. No. 138), we are providing the updated status of this case on behalf of both parties, which was previously provided to Judge Carter (ECF Doc. No. 50).

The Parties wish to advise the Court that Defendant intends to move to dismiss the Second Amended Complaint. Accordingly, the Parties respectfully request that the Court endorse the following proposed briefing schedule:

    Defendant's Motion:        February 8, 2024

    Plaintiff's Opposition:        March 21, 2024

    Defendant's Reply:         April 11, 2024

Thank you for your consideration in this matter.

              Respectfully submitted,

              Seelig Law Offices, LLC
              By:

               */s/ Matthew J. Porcaro*
              Matthew J. Porcaro
              299 Broadway, Suite 1600
              New York, NY 10007
              Matt@pseeliglaw.com
              212-766-0600

cc:   Talysia Francis, Esq., NYC Law Department, *Attorneys for Defendant (By ECF)*
     Steven Moser, Esq., Moser Law Firm, *Co-Counsel for Plaintiffs (By ECF)*