

| | | |
|---|---|---|
| **HON. SYLVIA O. HINDS-RADIX**<br>*Corporation Counsel* | T**HE** C**ITY OF** N**EW** Y**ORK**<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **TALYSIA FRANCIS**<br>*Assistant Corporation Counsel*<br>Labor & Employment Law Division<br>(212) 356-2465<br>tafranci@law.nyc.gov |

February 6, 2024

**BY ECF and Email (ALCarterNYSDChambers@nysd.uscourts.gov)**
Honorable Andrew L. Carter, Jr.
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Rm 435
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2/8/24
```

      Re:   <u>Dowdy, et al. v. City of New York</u>
             Docket No. 22-CV-6284 (ALC)

Dear Judge Carter:

      I am an Assistant Corporation Counsel in the office of the Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, attorney for Defendant City of New York in the above-referenced action. Pursuant to Section 1.D of Your Honor's Individual Rules, I write to request that Defendant's deadline to submit its motion to dismiss the Second Amended Complaint be extended from February 8, 2024 to March 8, 2024. This is Defendant's first request for an extension of time to respond to the Second Amended Complaint.

      This extension is necessary due to an influx of cases in my office, and the resultant strain on the availability of counsel to prepare and review a response to the Second Amended Complaint prior to the original filing deadline. Plaintiffs consent to this request.

      Accordingly Defendant respectfully requests that its deadline to submit its motion to dismiss the Second Amended Complaint be extended from February 8, 2024 to March 8, 2024, and that the Court endorse the following proposed briefing schedule:

      Defendant's Motion:              March 8, 2024
      Plaintiff's Opposition:            April 19, 2024
      Defendant's Reply:               May 10, 2024

      Respectfully Submitted,

      */s/ Talysia Francis*
      Talysia Francis
      Assistant Corporation Counsel

- 2 -

cc: Phillip H. Seelig, Esq. (via ECF)
Seelig Law Offices, LLC
Attorneys for Plaintiffs
299 Broadway, Suite 1600
New York, NY 10007
(212) 766-0600
phil@pseeliglaw.com

Matthew J. Porcaro, Esq. (via ECF)
Seelig Law Offices, LLC
Attorneys for Plaintiffs
299 Broadway, Suite 1600
New York, NY 10007
(212) 766-0600
matt@pseeliglaw.com

Steven J. Moser, Esq. (via ECF)
Moser Law Firm, PC
Attorneys for Plaintiffs
5 E Main Street
Huntington, NY 11743
(516) 671-1150
steven.moser@moserlawfirm.com

SO ORDERED:

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

February 8, 2024
New York, New York