MOSER LAW FIRM, PC

**Steven J. Moser**
Tel: 631-824-0200
steven.moser@moserlawfirm.com

March 7, 2024

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __3/12/2024__

**VIA ECF**

Hon. Andrew L. Carter, USDJ
United States District Court, SDNY
40 Foley Square, Rm 435
New York, NY 10007

     Re:    *Dowdy v City of New York,* Case No. 22-cv-06284(ALC)

Dear Judge Carter:

     Together with the Seelig Law Offices, I represent the Plaintiffs in the above referenced matter. On or about January 30, 2024 the City responded to a FOIL request that had been made in September of 2023. Based upon a review of the document, Plaintiffs believe that corrections to paragraphs 102-108 of the Second Amended Complaint ("SAC") should be made. Annexed please find a proposed Third Amended Complaint ("TAC").

     The City has consented to Plaintiffs' filing of the annexed TAC as to form only, but reserves the right to move to dismiss or answer the proposed third amended complaint.

     Moreover, in light of the foregoing, the City has asked for a two week extension of briefing schedule concerning the City's anticipated motion to dismiss, to which Plaintiffs join, as follows:

| | Currently | New Date |
|---|---|---|
| Defendant's Motion: | ~~March 8, 2024~~ | March 22, 2024 |
| Plaintiff's Opposition: | ~~April 19, 2024~~ | May 3, 2024 |
| Defendant's Reply: | ~~May 10, 2024~~ | May 24, 2024 |

     Plaintiffs therefore respectfully request that the annexed TAC be accepted for filing pursuant to FRCP 15(a)(2) and that the briefing schedule be amended.

              Respectfully submitted,

              *Steven J. Moser*

              Steven J. Moser

CC:    All counsel of record via ECF

Plaintiffs' request, with Defendant's consent, to file the third amended complaint (the "TAC"), pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, at ECF No. 144 is GRANTED. Plaintiffs shall file the TAC to the docket no later than March 15, 2024. I respectfully defer to District Judge Carter with respect to the parties' joint request to modify the briefing schedule for Defendant's anticipated motion to dismiss the TAC.

SO ORDERED.
Dated: March 12, 2024