Dept Msg #:DM2022-5431  
Sent By: HDQTRSOP  
Date:9/1/2022 10:18 AM  
Code: CANDIDATES  
Subject: SANITATION POLICE OFFICER POSITIONS  

```
The Enforcement Division will be establishing a list of eligible
"Police
Officer Candidates" for immediate and future appointment upon
completion
of a required fourteen (14) week Sanitation Police Training Program.

If you are seriously interested in becoming a Sanitation Police
Officer, and are
employed by the Department of Sanitation in the civil service title of
Sanitation
Worker, send your resume to:

      VIA US MAIL:

        Enforcement Division Headquarters
        1824 Shore Parkway
        Brooklyn, NY  11214
        C/O Inspector Ornan Alexander
           Lieutenant Richard Coriasco

      VIA E-MAIL:

        SPRecruitmentTraining@dsny.nyc.gov

Any resume previously submitted will be considered. All new applicants
must submit a resume.  After reviewing the resumes, the Enforcement
Division will mail a questionnaire to the candidate's home address.

Candidates must reveal any history of arrests and submit a
"Certificate of
Disposition" indicating the specific offense and disposition.

Potential candidates who have been convicted or have pled guilty to a
felony should not apply for the title of Sanitation Police Officer.

Potential candidates who have failed a New York City Police Department
Psychological examination should not apply for the title of Sanitation
Police Officer.

The completed questionnaire and required supporting documentation must
be
returned to Enforcement Division Headquarters.
```

**EXHIBIT D**

An Enforcement Division selection committee will schedule an interview with each qualified candidate and review the following:

* Background investigation by the Inspector General's Office.

* Review of personal conduct records by the Office of Employment and Disciplinary Matters (Advocate).

* Attendance records and recent performance evaluations.

* Medical record review by the Medical Division.

In addition to the above, the selection committee will interview the candidate which will include questions pertaining to Enforcement, integrity and knowledge of the Department's policies and procedures as they apply to a Sanitation Worker.

The selection committee can eliminate a candidate who fails to meet any
one of the above mentioned criteria or the individual interview.
THE DECISION BY THE SELECTION COMMITTEE IS FINAL.

Prior to being appointed as a Sanitation Police Officer, candidates must
pass a PSYCHOLOGICAL examination.

A class of candidates will be accepted and trained on Sanitation Police
Officer responsibilities, including the use of firearms.  Candidates will
be required to purchase and maintain a complete Police Officer's uniform.

Individuals applying for the position of Sanitation Police Officer and are appointed to the position are required to remain in title for a period
of no less than *two (2) years.


Salvatore Ceraulo
First Deputy Commissioner