UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------------x
DAMEKA DOWDY, JEFFREY HUNTER, SEAN MILAN, JOEL PURSER, SANDRA CASTRO, CECELIA ROJAS, KEVON CHISHOLM, RICHARD ORTEGA, MARISOL CONCEPCION, ROBERT TABON, RASHEEN ODOM, CARMELITA GORDON-FLEETWOOD, and RAYMOND PACHECO,
On behalf of themselves and all others similarly situated,

Plaintiffs,

-against-

THE CITY OF NEW YORK, NEW YORK CITY DEPARTMENT OF SANITATION,

Defendants.
---------------------------------------------------------------------------x

**NOTICE OF APPEARANCE**

No. 22-CV-6284 (ALC) (SDA)

**PLEASE TAKE NOTICE** that I am the Assistant Corporation Counsel in the office of the Muriel Goode-Trufant, Acting Corporation Counsel of the City of New York, recently re-assigned to represent Defendants in the above-referenced action. Accordingly, I respectfully request that any future correspondence, filings, ECF notifications or other information relating to this matter be addressed to me at the address below and that my name be inserted as Lead Counsel on the Docket Sheet.

Dated:   New York, New York
         June 13, 2024

MURIEL GOODE-TRUFANT
Acting Corporation Counsel of the
  City of New York
Attorney for Defendants
100 Church Street, Room 2-171
New York, New York 10007-2601
(212) 356-2451
trkrasne@law.nyc.gov

By   */s/ Traci Krasne*
     Traci Krasne
     Assistant Corporation Counsel

2

cc: Phillip H. Seelig, Esq. (via ECF)
Seelig Law Offices, LLC
Attorneys for Plaintiffs
299 Broadway, Suite 1600
New York, NY 10007
(212) 766-0600
phil@pseeliglaw.com

Matthew J. Porcaro, Esq. (via ECF)
Seelig Law Offices, LLC
Attorneys for Plaintiffs
299 Broadway, Suite 1600
New York, NY 10007
(212) 766-0600
matt@pseeliglaw.com

Steven J. Moser, Esq. (via ECF)
Moser Law Firm, PC
Attorneys for Plaintiffs
5 E Main Street
Huntington, NY 11743
(516) 671-1150
steven.moser@moserlawfirm.com

| |
|---|
| No. 22-CV-6284 (ALC) (SDA) |
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK |
| DAMEKA DOWDY, JEFFREY HUNTER, SEAN MILAN, JOEL PURSER, SANDRA CASTRO, CECELIA ROJAS, KEVON CHISHOLM, RICHARD ORTEGA, MARISOL CONCEPCION, ROBERT TABON, RASHEEN ODOM, CARMELITA GORDON-FLEETWOOD, and RAYMOND PACHECO,<br>On behalf of themselves and all others similarly situated,<br><br>                                                                Plaintiffs,<br><br>                              -against-<br><br>THE CITY OF NEW YORK, NEW YORK CITY DEPARTMENT OF SANITATION,<br><br>                                                                Defendants. |
| **NOTICE OF APPEARANCE** |
| *MURIEL GOODE-TRUFANT*<br>*Acting Corporation Counsel of the City of New York*<br>*Attorney for Defendants*<br>*100 Church Street, Room 2-171*<br>*New York, New York 10007*<br><br>*Of Counsel:  Traci Krasne*<br>*Tel:  (212) 356-2451*<br>*Matter No.:  2022-044833* |
| *Due and timely service is hereby admitted.*<br><br>*New York, New York  .................................., 2024*<br><br>*.....................................................................Esq.*<br><br>*Attorney for.......................................................................* |