UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
DAMEKA DOWDY, JEFFREY HUNTER, SEAN MILAN,
JOEL PURSER, SANDRA CASTRO, CECELIA ROJAS,
KEVON CHISHOLM, RICHARD ORTEGA, MARISOL
CONCEPCION, ROBERT TABON, RASHEEN ODOM,
CARMELITA GORDON-FLEETWOOD, and RAYMOND
PACHECO, On behalf of themselves and all others similarly
situated,

                                 Plaintiffs,

-against-

THE CITY OF NEW YORK, NEW YORK CITY
DEPARTMENT OF SANITATION,

                                     Defendants.
------------------------------------------------------------------------x

**NOTICE OF APPEARANCE**

No. 22-CV-6284 (ALC) (SDA)

        **PLEASE TAKE NOTICE** that I am the Assistant Corporation Counsel in the office of the Muriel Goode-Trufant, Corporation Counsel of the City of New York, recently re-assigned to represent Defendants in the above-referenced action. Accordingly, I respectfully request that any future correspondence, filings, ECF notifications or other information relating to this matter be addressed to me at the address below and that my name be inserted as Lead Counsel on the Docket Sheet.

Dated:       New York, New York
                January 29, 2025

                                          MURIEL GOODE-TRUFANT
                                            Corporation Counsel of the
                                            City of New York
                                        Attorney for Defendants
                                        100 Church Street, Room 2-188
                                        New York, New York 10007-2601
                                        (212) 356-4076
                                        scorinth@law.nyc.gov

                            By    */s/ Shemori S. Corinthian*
                                        Shemori S. Corinthian
                                        Assistant Corporation Counsel

2

cc:  Phillip H. Seelig, Esq. (via ECF)
     Seelig Law Offices, LLC
     Attorneys for Plaintiffs
     299 Broadway, Suite 1600
     New York, NY 10007
     (212) 766-0600
     phil@pseeliglaw.com

     Matthew J. Porcaro, Esq. (via ECF)
     Seelig Law Offices, LLC
     Attorneys for Plaintiffs
     299 Broadway, Suite 1600
     New York, NY 10007
     (212) 766-0600
     matt@pseeliglaw.com

     Steven J. Moser, Esq. (via ECF)
     Moser Law Firm, PC
     Attorneys for Plaintiffs
     5 E Main Street
     Huntington, NY 11743
     (516) 671-1150
     steven.moser@moserlawfirm.com

| |
|---|
| No. 22-CV-6284 (ALC) (SDA) |
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK |
| DAMEKA DOWDY, JEFFREY HUNTER, SEAN MILAN, JOEL PURSER, SANDRA CASTRO, CECELIA ROJAS, KEVON CHISHOLM, RICHARD ORTEGA, MARISOL CONCEPCION, ROBERT TABON, RASHEEN ODOM, CARMELITA GORDON-FLEETWOOD, and RAYMOND PACHECO, On behalf of themselves and all others similarly situated,<br><br>                                                            Plaintiffs,<br><br>                              -against-<br><br>THE CITY OF NEW YORK, NEW YORK CITY DEPARTMENT OF SANITATION,<br><br>                                                            Defendants. |
| **NOTICE OF APPEARANCE** |
| ***MURIEL GOODE-TRUFANT***<br>*Corporation Counsel of the City of New York*<br>*Attorney for Defendants*<br>*100 Church Street, Room 2-188*<br>*New York, New York 10007*<br><br>*Of Counsel:  Shemori. S. Corinthian*<br>*Tel:  (212) 356-4076*<br>*Matter No.:  2022-044833* |
| *Due and timely service is hereby admitted.*<br><br>*New York, New York  ............................................, 2025*<br><br>*................................................................................Esq.*<br><br>*Attorney for......................................................................* |