UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------x
DAMEKA DOWDY et al.,                              :

              Plaintiffs,          :

                                    1:22-cv-06284-ALC-SDA

              v.                    :

                                                :

THE CITY OF NEW YORK, NEW YORK CITY
DEPARTMENT OF SANITATION,                         :

             Defendants.          :
--------------------------------------------------x

## PROPOSED ORDER – WITHDRAWAL OF COUNSEL

The undersigned hereby informs the Court that I am no longer associated with the New York City Law Department, counsel for Defendants, and respectfully request that the Court withdraw my appearance as counsel in this matter.

Dated:  New York, New York
        January 30, 2025

                                              PADUANO & WEINTRAUB LLP

                                              By: /s/ Angela M. Wanslow
                                                   Angela M. Wanslow
                                             1251 Avenue of the Americas
                                             Ninth Floor
                                             New York, New York 10020
                                             (212) 785-9100
                                             amw@pwlawyers.com

SO ORDERED

_____
Magistrate Judge Stewart D. Aaron