```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 01/31/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------x
DAMEKA DOWDY et al.,                             :

        Plaintiffs,                              :

                              1:22-cv-06284-ALC-SDA

        v.                                       :

                                                 :
THE CITY OF NEW YORK, NEW YORK CITY
DEPARTMENT OF SANITATION,                        :

        Defendants.                              :
-------------------------------------------------x

**PROPOSED ORDER – WITHDRAWAL OF COUNSEL**

        The undersigned hereby informs the Court that I am no longer associated with the New York City Law Department, counsel for Defendants, and respectfully request that the Court withdraw my appearance as counsel in this matter.

Dated:  New York, New York
          January 30, 2025

                                        PADUANO & WEINTRAUB LLP

                                        By: /s/ Angela M. Wanslow
                                              Angela M. Wanslow
                                        1251 Avenue of the Americas
                                        Ninth Floor
                                        New York, New York 10020
                                        (212) 785-9100
                                        amw@pwlawyers.com

SO ORDERED: /s/ Andrew L. Carter, Jr.
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

January 31, 2025
New York, NY