**SEELIG LAW OFFICES, LLC**

| | | |
|---|---|---|
| PHILIP H. SEELIG | ATTORNEYS AT LAW | ASSOCIATE ATTORNEYS |
| RICHARD B. SEELIG * | 299 BROADWAY – SUITE 1600 | BERET L. FLOM |
| JOSHUA S. GOHARI ** | NEW YORK, NEW YORK 10007 | MATTHEW J. PORCARO *** |
| | TEL: (212) 766-0600 | |
| | FAX: (212) 766-2616 | |

\* MEMBER NY & CT BAR
\*\* MEMBER NY & NJ BAR
\*\*\* MEMBER NY & MA BAR

July 14, 2025

**By ECF**

Hon. Stewart D. Aaron
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Dowdy et al. v. City of New York*
22-cv-6284 (ALC) (SDA)

Dear Judge Aaron:

Pursuant to the Court's Discovery Case Management Plan (CMP) (ECF Doc. No. 163), the parties respectfully submit this joint status letter.

In accordance with the CMP, on June 16, 2025, the Parties exchanged their Initial Disclosures as required by Federal Rule of Civil Procedure 26(a)(1). On June 23, 2025, the Parties exchanged their initial requests for production as well as their initial sets of interrogatories.

In addition, on July 2, 2025, the Parties met virtually to discuss the electronic discovery protocol. The meeting was productive but the Parties plan to meet again soon to finalize the protocol well in advance of the initial production deadline in the CMP.

At this time, there are no discovery disputes or other issues. Thank you for the Court's attention to this status update.

Respectfully submitted,

Philip H. Seelig, Esq.
Matthew J. Porcaro, Esq. (MP5594)
*Attorneys for Plaintiffs*

By:   /s/ Matthew J. Porcaro
Seelig Law Offices, LLC
299 Broadway, Suite 1600
New York, NY 10007
Matt@pseeliglaw.com
212-766-0600

cc: Shemori Corinthian, Esq., NYC Law Department, *Attorneys for Defendant*
Steven Moser, Esq., Moser Law Firm, *Co-Counsel for Plaintiffs*
Michael Lieder, Esq., Mehri & Skalet PLLC, *Co-Counsel for Plaintiffs*