UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAMEKA DOWDY, JEFFREY HUNTER, SEAN MILAN, JOEL PURSER, SANDRA CASTRO, CECELIA ROJAS, KEVON CHISHOLM, RICHARD ORTEGA, MARISOL CONCEPCION, ROBERT TABON, RASHEEN ODOM, CARMELITA GORDON-FLEETWOOD, and RAYMOND PACHECO<br><br>On behalf of themselves and all others similarly situated,<br><br>                    Plaintiffs,<br><br>    -against-<br>CITY OF NEW YORK<br>                    Defendant. | 22-cv-6284 (ALC) (SDA)<br><br>MOTION FOR ADMISSION PRO HAC VICE |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Michael Lieder, move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Plaintiffs in the above-captioned action.

I am in good standing with the bar of the District of Columbia and no disciplinary proceedings are pending or have ever been filed against me in any state or federal court or before any administrative body. I have never been convicted of a felony. No court has ever censured, suspended, disbarred or denied me admission or readmission. I have attached the affidavit required by Local Rule 1.3.

Dated: July 17, 2025        Respectfully Submitted,

/s/ Michael Lieder
Michael Lieder
Mehri & Skalet, PLLC
2000 K St. NW, Suite 325
Washington, DC 20006
Tel: 202-822-5100
Fax: 202-822-4997
Email: mlieder@findjustice.com