UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAMEKA DOWDY, JEFFREY HUNTER, SEAN MILAN, JOEL PURSER, SANDRA CASTRO, CECELIA ROJAS, KEVON CHISHOLM, RICHARD ORTEGA, MARISOL CONCEPCION, ROBERT TABON, RASHEEN ODOM, CARMELITA GORDON-FLEETWOOD, and RAYMOND PACHECO<br><br>On behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br><br> -against-<br>CITY OF NEW YORK<br>      Defendant. | 22-cv-6284 (ALC) (SDA)<br><br>MICHAEL D. LIEDER'S AFFIDAVIT IN SUPPORT OF MICHAEL D. LIEDER'S PRO HAC VICE MOTION |

DISTRICT OF COLUMBIA ss:)

  The undersigned affiant, Michael D. Lieder, being first duly sworn, deposes and states under penalties of perjury:

1. I am a partner with the law firm of Mehri & Skalet, PLLC, in Washington, D.C.

2. My firm recently became co-counsel with Philip H. Seelig, Esq. and Matthew J. Porcaro, Esq. of Seelig Law Offices, LLC and Steven Moser of Moser Law Firm P.C. in representing the Plaintiffs and proposed class in the above-captioned matter. Matthew Porcaro is the attorney of record for Plaintiffs.

3. I submit this affidavit to appear pro hac vice as co-counsel on behalf of the Plaintiffs.

4. I have been admitted to the District of Columbia Bar for about 30 years. I have also been admitted pro hac vice in federal and state courts throughout the country, including the Southern District of New York, the Supreme Court for New York County, and the New York Court of Claims in several cases.

5. I am a member in good standing in the bar of the District of Columbia. A copy of my

Certificate of Good Standing is attached.

6. I have never been the subject of any arrest, charge, or conviction for any felony or misdemeanor.

7. I have never been censured, suspended, disbarred, denied admission or readmission by any court.

8. I have never been subject to any disciplinary proceedings.

9. I am familiar with the facts underlying Plaintiffs' Third Amended Complaint and the legal issues that they raise.

Made this 16th day of July, 2025

Michael Lieder

Sworn to before me this 16 day of July, 2025

Notary Public, District of Columbia

