UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAMEKA DOWDY, *et al.*,<br><br>On behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>CITY OF NEW YORK<br><br>Defendant. | 22-cv-6284 (ALC) (SDA)<br><br>ORDER FOR ADMISSION<br>PRO HAC VICE |

The motion of Michael D. Lieder for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar(s) of the District of Columbia; and that his contact information is as follows (please print):

Applicant's Name: Michael D. Lieder
Firm Name: Mehri & Skalet, PLLC
Address: 2000 K Street, NW, Suite 325
City/ State/ Zip: Washington, DC 20006
Telephone/ Fax: 202-822-5100

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Plaintiffs in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____  _____

Hon. Stewart D. Aaron
United States Magistrate Judge