# EXHIBIT B

Outlook

## RE: [EXTERNAL] Discovery - draft joint status letter due 12/12/25

**From** Michael Lieder <MLieder@findjustice.com>
**Date** Fri 12/19/2025 9:43 PM
**To** Corinthian, Shemori <scorinth@law.nyc.gov>; Matt Porcaro <matt@pseeliglaw.com>
**Cc** Phil Seelig <phil@pseeliglaw.com>; Steven Moser <steven.moser@moserlawfirm.com>; Britt Dillman <bdillman@findjustice.com>; Jaros, Karel (LAW) <karjaros@law.nyc.gov>; Shaffer, J. Kevin (Law) <jshaffer@law.nyc.gov>; Dee Um <dum@findjustice.com>

Shemori,

Thank you for sending the Excel spreadsheets and one document. Also, we appreciate that you have requested that the search strings be re-run with our refined terms and look forward to the results.

When you requested that we re-produce the September production, I asked our paralegal on this case to do so and to check the Milan bates numbers specifically. But I know that we have had several filings this week and she has been swamped. I forwarded today's re- request and hope that she will be able to re-send the documents to you promptly although I'm not sure of when because of the impending holidays. I'll let you know when I have more information.

As to the two spreadsheets with HR and payroll data, you indicate that they cover only 2017-present because the request was already processed before you received our request, presumably meaning our request back to 2008. We look forward to 2008-16 data when the City has a chance.

Here are our present concerns with the Agent database (001510):

1. Your email states that these are departed employees. Is the date in the COB column the departure date? If so, there are 24 people who don't have dates in the COB column. Are they departed employees?
2. Will the City be producing a spreadsheet with information on current employees?
3. It doesn't contain information about sex, race, or ethnicity.
4. It contains base salary information for only one year and we don't know which year it is except for people who worked only one year.
5. Does the base salary figure include any adjustments for longevity or night shift differentials? If these types of adjustments exist and are not included in base salary, we would prefer that data to be included in as many separate columns as necessary rather than rolled in to base salary. The goal would be to have the totals for each employee in the various columns, plus OT, to equal their total monetary compensation.
6. It doesn't contain OT data for any year.
7. We don't know whether the base salary is for the calendar year or fiscal year. We assume it is for the end of the CY or FY or, if they left before the end, the last date worked during that year, but please confirm.
8. Several employees have City start dates after Agency start dates, such as on rows 26, 37, and 45. Please explain the reason or that this is just a data error and, if the latter, is the City start date or the Agency start date correct?
9. It doesn't seem to include Agents who departed Agent ranks to become SPs. For example, Raymond Pacheco was an Agent for several years before becoming a SW and then quickly an SP. He is included in 001511 but not in 001510. If we did not know about his career path, we would not know that he is now departed from Agent ranks.

Here are our present concerns with the SP and EP database (001511):

1. Are you confident that this is all SPs? There are about 116 people shown as SPs. We understand that there are more SPs than that currently and with turnover, we think that there should be many more than 116.

2. In Column D, there is just a single business title. But at least some officers changed title between 2017 and 2025. For example, Saladino wasn't "Assistant Chief" the entire time. The spreadsheet should show title and pay for each year unless no officer changed title.
3. Column D may also not make necessary distinctions. Unless we missed something, the only job titles shown in addition to Assistant Chief for SPs are "Officer," "Lieutenant" and "Inspector." But we understand that there are three levels above officer.
4. Does "Agency Start Date" indicate when the employee became an employee in DSNY, an SW, or an SP? We would like to differentiate between when they became an SW and an SP, so will probably need two columns.
5. There are a surprising number of SPs with blanks for OT in multiple years, such as Anthony Germain. We thought that often OT was mandated, such as in snowstorms. Do the OT numbers reflect all OT, or just voluntary OT?
6. Is there any distinction between the "Base Salary" in column N and the salary for 2025 in column M?
7. Does the base salary figure include any adjustments for longevity or night shift differentials? If these types of adjustments exist and are not included in base salary, we would prefer that data to be included in as many separate columns as necessary rather than rolled in to base salary. The goal would be to have the totals for each employee in the various columns, plus OT, to equal their total monetary compensation.
8. Is the date in the COB column the departure date? If so, the only four departure dates are in 2025. Does this spreadsheet exclude employees who were SP but left before 2025? We want the information on them as well.
9. We don't know whether the base salary is for the calendar year or fiscal year. We assume it is for the end of the CY or FY or, if they left before the end, the last date worked during that year, but please confirm.

Shemori, in the FPI case and one other case I handled against the City, the City produced one line of data for each year. That allowed the City to show information such as title changes and pay for each year. It even would allow for changes in sex, if it occurred. Obviously, the City may produce the data in any way it chooses in this case as long as the presentation provides all the data we requested for each year, but the one line per year approach may be easier than the way the City has assembled the data here.

Mike

---

**From:** Corinthian, Shemori <scorinth@law.nyc.gov>
**Sent:** Friday, December 19, 2025 3:50 PM
**To:** Michael Lieder <MLieder@findjustice.com>; Matt Porcaro <matt@pseeliglaw.com>
**Cc:** Phil Seelig <phil@pseeliglaw.com>; Steven Moser <steven.moser@moserlawfirm.com>; Britt Dillman <bdillman@findjustice.com>; Jaros, Karel (LAW) <karjaros@law.nyc.gov>; Shaffer, J. Kevin (Law) <jshaffer@law.nyc.gov>; Dee Um <dum@findjustice.com>
**Subject:** RE: [EXTERNAL] Discovery - draft joint status letter due 12/12/25

**Caution:** This is an external email. Please take care when clicking links or opening attachments. Do not open attachments from unknown senders.

Good afternoon,

When you have a chance, could you please resend Plaintiffs' September 2025 production, as I previously requested? I have resent Defendant's initial production by Kiteworks.

I have attached the confidential payroll/demographic information to this email. This request was already processed and collects information from 2017 to the present only. We will re-run the ESI searches using Plaintiffs' proposed revised search terms, and I have already made that request. DSNY_001510 shows information about departed employees. If you have any questions about the information presented, please let me know.

Thank you,

**Shemori S. Corinthian**