**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **Dameka Dowdy, et al.,** *on behalf of themselves and all others similarly situated*, <br><br> **Plaintiffs,** <br><br> -against- <br><br> **The City of New York,** <br><br> **Defendant.** | **1:22-cv-06284 (ALC) (SDA)** <br><br> <u>ORDER</u> |

**STEWART D. AARON, United States Magistrate Judge:**

A telephone conference was held today, during which counsel for Plaintiffs and counsel for Defendant appeared. For the reasons stated on the record during the telephone conference, it is hereby ORDERED that, no later than Friday, February 13, 2026, the City shall:

1. Submit its proposal for revised search terms that capture the information Plaintiffs are seeking while minimizing hit counts. Thereafter, the parties shall meet and confer to seek to reach a good faith resolution of the search term issue.

2. File a letter to the Court as follows:

   a. Advising the Court on the status of outstanding document production, including human resources and payroll data.

   b. Identifying for the Court the individual who will succeed Attorney Corinthian as counsel of record following her leave.

The City shall use its best efforts to produce such documents and data by the required deadline. If the City is unable to do so, the City shall, in its February 13, 2026 letter, articulate the diligent efforts made and provide the Court with an estimated time frame for production.

**SO ORDERED.**

Dated:       New York, New York
             February 4, 2026

_____
STEWART D. AARON
United States Magistrate Judge

2