THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**STEVEN BANKS**
*Corporation Counsel*

**Shemori S. Corinthian**
Labor and Employment Law Division
phone: (212)-356-4076
email: scorinth@law.nyc.gov

February 13, 2026

**VIA ECF**
Hon. Stewart D. Aaron
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: Dowdy et al. v. City of New York
1:22-cv-06284 (ALC) (SDA)

Dear Judge Aaron,

I am an Assistant Corporation Counsel in the Office of Steven Banks, Corporation Counsel of the City of New York, representing Defendant in the above-referenced action. Pursuant to Your Honor's February 4, 2026 Order directing Defendant to identify the attorney who will handle this matter as counsel of record upon the undersigned's leave and to update the Court on the progress of production, particularly as it relates to the relevant HR and payroll demographic data for the titles at issue in this action, Defendant respectfully submits the following. Upon the undersigned's leave, Robyn L. Rothman will serve as lead counsel for Defendant. Ms. Rothman has filed a Notice of Appearance. See Dkt. No. 207.

Moreover, since the last conference, Defendant has produced documents responsive to Plaintiffs' requests, including FIAT disciplinary proceedings involving the named Plaintiffs, documents concerning the creation of the Agent title, and additional documents detailing the distinctions among the relevant titles.

With respect to the production of documents concerning the HR/payroll data, dating back to 2008, Defendant anticipates making a production on or before April 10, 2026. Defendant has been working diligently with the Department of Sanitation ("DSNY") to gather responsive information and will continue to use its best efforts to complete production as expeditiously as possible. However, the production of title-specific information for the relevant period is a substantial undertaking. None of the requested records are maintained within a single

platform. As a result, DSNY's Human Resources department must extract and reconcile data from multiple systems for hundreds of employees. This requires coordinated efforts among multiple personnel and necessitates work outside of their regular duties. Additionally, in connection with the recent settlement of three FLSA collective actions handled by the New York City Law Department, DSNY's Human Resources department will shortly be required to calculate and issue approximately 3,750 back pay awards, in addition to its ordinary workload. That effort overlaps with the discovery requests in this matter, as both require significant Human Resources involvement.

Moreover, identifying employees in the SPO title over the relevant 18-year period presents additional challenges. The SPO designation is not a distinct civil service title, but rather a detail assignment for Sanitation Workers. As such, DSNY's Human Resources department cannot conduct a title-based search for "SPOs." Instead, the agency must first locate historical rosters of employees assigned to SPO details during the relevant period and then cross-reference those rosters with Human Resources records. DSNY is currently assessing whether complete historical roster information is available dating back to 2008.

Respectfully submitted,

*/s/ Shemori S. Corinthian*
Shemori S. Corinthian
Assistant Corporation Counsel

cc: All counsel (VIA ECF)