**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**Dameka Dowdy, et al.,** *on behalf of themselves and all others similarly situated*,

**Plaintiffs,**

**-against-**

**The City of New York,**

**Defendant.**

**1:22-cv-06284 (ALC) (SDA)**

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

A telephone conference was held today, during which counsel for Plaintiffs and counsel for Defendant appeared. For the reasons stated on the record during the telephone conference, it is hereby ORDERED, as follows:

1. With respect to non-ESI production, no later than Tuesday, February 24, 2026, Plaintiffs shall provide to Defendant the matters for examination under Rule 30(b)(6) of the Federal Rules of Civil Procedure. The parties shall then meet and confer so as to avoid the need for Rule 30(b)(6) testimony regarding some or all of the matters. If the parties agree that testimony is required as to one or more matters, the deposition shall proceed in due course. If the City objects to one or more matters for testimony, then, no later than Tuesday, March 10, 2026, the City may file a letter asserting its objections. No later than Friday, March 13, 2026, Plaintiffs may file a response to the City's objections.

2. The parties shall meet and confer as to the ESI search terms and, if disputes remain, no later than Tuesday, March 10, 2026, shall file a joint letter to the Court with a side-

by-side comparison of the Plaintiffs' requests and the City's corresponding offers so that the Court may resolve the disputes.

3. The City shall use the Relativity platform for document production. Documents shall be produced on a rolling basis.

4. No later than Thursday, February 26, 2026, the City shall file motions to withdraw on behalf of Attorneys Shin and Francis, who are no longer with the New York City Law Department but still appear as counsels of record for the City.

**SO ORDERED.**

Dated:        New York, New York
              February 19, 2026

_____
STEWART D. AARON
United States Magistrate Judge

2