**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **Dameka Dowdy, et al.,** ***on behalf of themselves and all others similarly situated,*** <br> **Plaintiffs,** <br> **-against-** <br> **The City of New York,** <br> **Defendant.** | **1:22-cv-06284 (ALC) (SDA)** <br> **ORDER** |

**STEWART D. AARON, United States Magistrate Judge:**

The parties are directed to appear for a telephone conference on Monday, August 24, 2026, at 11:00 a.m. to discuss the status of this case. At the scheduled time, the parties shall each separately call (855) 244-8681 and enter access code 2319 449 5090.

**SO ORDERED.**

Dated: New York, New York
July 14, 2026

Stewart d. Aaron

STEWART D. AARON
United States Magistrate Judge