**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**Dameka Dowdy, et al.,** ***on behalf of themselves and all others similarly situated,***

**Plaintiffs,**

**-against-**

**The City of New York,**

**Defendant.**

**1:22-cv-06284 (ALC) (SDA)**

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

The telephone conference previously scheduled to take place on Monday, August 24, 2026, at 11:00 a.m. is hereby rescheduled to Monday, August 24, 2026, at 9:30 a.m. At the scheduled time, the parties shall each separately call (855) 244-8681 and enter access code 2319 449 5090.

**SO ORDERED.**

Dated: New York, New York
July 27, 2026

Stewart d. Aaron

STEWART D. AARON
United States Magistrate Judge