Mehri & Skalet

Mehri & Skalet, PLLC

Michael Lieder, Of Counsel
Mlieder@findjustice.com
202.822.5100

September 18, 2026

**VIA ECF**

Hon. Stewart D. Aaron
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: Dowdy, et al. v. City of New York
1:22-cv-06284 (ALC) (SDA)

Dear Judge Aaron:

I am one of the lawyers for Plaintiffs in the above-referenced case. I submit this letter on behalf of Plaintiffs and the Defendant, the City of New York.

The Court's Order of August 21, 2026, requires the parties to submit a joint status letter on September 21, 2026. For two reasons, the parties jointly request a one-week extension of that deadline, until Monday, September 28, 2026. First, Yom Kippur begins at sundown on September 20 and lasts until sundown of September 21. Second, Defendant intends to produce additional documents and information during the week of September 21 and Plaintiffs intend to catch up that week in their review of documents that Defendant has produced earlier this month. The parties believe that they will be able to provide a more complete description of the status of production on September 28 than on September 21.

Thank you for your consideration.

Respectfully submitted,

**MEHRI & SKALET, PLLC**

/s *Michael Lieder*

cc: All counsel of record, via ECF